# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. 3:17cv2145(JAM)

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining]

① Michael Davis # 302171
Osborn Correctional Institution
335 Bilton Road, P.O. Box 100
Somers, CT 06071-0100

US DISTRICT COURT BRIDGEPORT CT
2017 DEC 22 P 12: 53
FILED

vs.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it.]

① Warden, Edward Maldonado (Both Capacities - Individual And Offical)
② Warden, Kimberly Weir (Both Capacities)
③ Warden, William Faneuff (Both Capacities)
④ Health Service Administrator, Richard Furrey (Both Capacities)
⑤ Doctor, Breton (Both Capacities)
State Of Connecticut, Department Of Correction
* 24 Wolcott Hill Road. Wethersfield, CT 06109
(Work Place For All Defendants - Osborn Correctional Institution)

Complete every section and **SIGN THE LAST PAGE.**

*Revised 3/16/16*

## A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1. ___✓___ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2. _________ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B. PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1. First Plaintiff
   a. Full Name: Michael Shamall Davis
   b. Inmate Number: 302171
   c. Correctional facility: Osborn Correctional Institution

2. Second Plaintiff
   a. Full Name:
   b. Inmate Number:
   c. Correctional facility:

## C. DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than one person, attach additional pages. Provide items a, b, and c for each defendant.

1. First Defendant
   a. Full Name: Edward Maldonado

     b. Rank or Title: Warden | Unit Administrator

c. Workplace: Osborn Correctional Institution (Last Known Address) 335 Bilton Rd. P.O. Box 100, Somers, CT 06071

2. Second Defendant
   a. Full Name: Kimberly Weir

   b. Rank or Title: Warden | Unit Administrator

   c. Workplace: Osborn Correctional Institution (LKA) 335 Bilton Rd. P.O. Box 100, Somers, CT 06071

3. Third Defendant
   a. Full Name: William Faneuff

   b. Rank or Title: Warden | Unit Administrator

   c. Workplace: Osborn Correctional Institution 335 Bilton Rd. P.O. Box 100, Somers CT 06071

4. Fourth Defendant
   a. Full Name: Richard Furey

   b. Rank or Title: Health Service Administrator

   c. Workplace: Osborn Correctional Institution 335 Bilton Rd. P.O. Box 100, Somers CT 06071

5. Fifth Defendant
   a. Full Name: Breton

   b. Rank or Title: Medical Doctor

   c. Workplace: Osborn Correctional Institution 335 Bilton Rd. P.O. Box 100, Somers CT 06071

6. Sixth Defendant
   a. Full Name:

   b. Rank or Title:

   c. Workplace:

**D. REASON FOR COMPLAINT**

**WARNING: Contact Inmate Legal Aid Program. Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma

pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

1. Failure to use the prison grievance process before suing. If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2. Complaining about incidents that happened a long time ago: If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3. Suing people who were not personally involved: You can generally only sue defendants who were directly involved in harming you. In order to sue a supervisor, you must usually show that the supervisor knew about the actions of other defendants and failed to stop them.

4. Suing defendants who have immunity to suit for money damages: You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison. If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim. Until then, your best strategy is to call the Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Now you need to explain how your federal rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

Here is an example of the proper way to describe your claims:

Example of Statement of Case

1. On April 12, 2015, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse. Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m., in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed her my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.

Now describe your claims.

Statement of Case

- 1. On July 28, 2016, I the Plaintiff, Michael Davis #302171 submitted a request for Medical services because I was suffering from a painful and blistering rash on the upper half of my body. The sick call nurse "John Doe" called me, the plaintiff to the medical unit, but did not provide me any treatment, instead referring me to the Medical Doctor, Dr. Breton.
- 2. Plaintiff, I Michael Davis waited to see the Defendant Dr. Breton and after a long while, I submitted another request for medical service and eventually a grievance. The request and grievance went unanswered, Plaintiff asked the Defendant Health Service Administrator Richard Furey in the facility hallway about it and he stated he had it thrown out.
- 3. After submitting several more requests for Health Care Services (Medical) for months over the past year to the Defendants Warden Maldonado, Warden Weir, And Warden Faneuff nothing was done to provide treatment from the Medical Doctor, Defendant Dr. Breton, for my painful Skin Condition.
- 4. I have been in constant pain for months which has limited my physical activity and even prevented sleep. The areas effected by this Skin Condition (Rash) is my eyes, neck, under arms, inner arms, and between my inner thighs.

- 5. As the record will show (See Attachments), I the Plaintiff, Michael Davis#302171, has been trying and has tried on many occasion to resolve this complaint and my Serious Skin Condition with the Medical Unit and the State Of Connecticut Department Of Correction Osborn Correctional Institution, And been denied meaningful treatment.
- 6. The Defendant(s) as the record will show (See Attachments) denied, postponed, and Obstructed my access to treatment and the Administrative Remedies Process, By failing to respond, destroying, hindering my access to treatment and for resolution.
- 7. The Defendant(s) Richard Furey, Edward Maldonado, Kimberly Weir, And William Faneuff denied me treatment for my Medical Condition when they refuse to act or respond at times to my Complaint and even refused to provide a copy of the original complaint and all there responses.
- 8. The Defendant, Doctor Breton after over a year has finally seen me about my Skin Condition (12/06/17) to provide some tempory relief only to inform me that because of budget cuts with State Of Connecticut there's not enough Medical Doctor to meet the needs of all the inmates(me) and he can not see me again
- 9. So I ask Doctor Breton, "What about a follow up Visit"?, He stated no guarantee. My Condition has not changed yet and after speaking with Doctor Breton I take this action, Because the Defendant(s) has decided on denial and no action.
10. (See Attachments) - Specifically Dates on Requests And Administrative Remedies Forms along with my complaint and responses. Also, It should be noted that none of the Policies for Administrative Remedy was followed by all defendant(s).

If you need more space, attach additional pages, but be as brief as possible.

## E. REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must request a Writ of Habeas Corpus.

(1) $100,000.00, for pain and Suffering
(2) Specialist for the Skin Condition
(3) Re-imbursment for Medical Co-pay.

*Revised 3/16/16*



# Appeal of Health Services Review

**Connecticut Department of Correction**

CN 8901
REV
4/1/2012

| Inmate name: Michael Davis | | Inmate number: 382171 |
|---|---|---|
| Facility/Unit: Osborn Correctional Institution/B | Housing unit: B-54 | Date: 11·28·2017 |

**This form may only be used to appeal a Health Services decision pursuant to the provisions of Administrative Directive 8.9, Health Services Review, Section 11, pertaining to a practice, procedure or policy; or, to an allegation of staff misconduct. You must appeal within 10 days of receiving the decision. Attach Form CN 9602, Inmate Administrative Remedy Form, containing the Health Services decision (and any other documents that may be relevant) to this form, and state below why you are appealing that decision. Deposit the completed appeal and attachments in the 'Health Services' box.**

**APPEAL OF HEALTH SERVICES DECISION**

I am appealing the decision because (use the back if necessary): According with Connecticut Department Of Correction policy the Medical Unit here at the Osborn Correctional Institution had 30 Days to respond to my Health Service Review (Administrative Remedy/Grievance) and failed to do so. Anyway, The Medical Unit here at Osborn Correctional Institution has repeatedly denied me treatment [illegible] and [illegible] Medical [illegible]

| Inmate signature: [signature] #382171 | Date: 11·28·2017 |
|---|---|

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

| Designated Facility Health Services Supervisors signature: | Date: |
|---|---|

☐ This may be appealed within 10 days to the DOC Director of Health Services.

☐ You have exhausted the Department's Administrative Remedies. Further appeals will not be answered.

**APPEAL OF DESIGNATED FACILITY HEALTH SERVICES SUPERVISOR'S DECISION**

I am appealing the decision because (use the back if necessary):

| Inmate signature: | Date: |
|---|---|

***** Deposit your appeal in the Health Services Box *****

**FOR OFFICIAL USE ONLY – DOC DIRECTOR OF HEALTH Services**

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

| Director of Health and Addiction Services: | Date: |
|---|---|

# Inmate Administrative Remedy Form

**Connecticut Department of Correction**

CN 9602
REV 2/01/16

RECEIVED NOV 02 2017 BY:

Facility/Unit: Osborn Correctional Institution

Date: 10-27-2017

Inmate name: Michael Davis

Inmate number: 302171

**SECTION 1** **SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.**

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box)*.

**A.** ☐ **I am filing a Grievance.**
Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance. > Refer to Section 2 below

**B.** ☒ **I am requesting a Health Services Review:** ☒ Diagnosis/Treatment > ☐ All Other Health Care Issues > Complete Section 4 >>>>

**C.** ☐ **I am filing an Appeal of a (select one below):**
Appeals must be filed within 15 days of notification of a decision.

☐ Disciplinary Action > Complete Section 3 below

☐ Special Management Decision
☐ Media Review Committee Decision
☐ Security Risk Group Designation
☐ Determination of Grievance Process Abuse
☐ Classification Decision
☐ Furlough Decision >
☐ ADA Decision > Complete Section 4 >>>>
☐ Rejection of Outside Tapes/CDs
☐ Rejection of Correspondence >

**SECTION 2** **OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3** **DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**

You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

Did you have an advocate? ☐ yes ☐ no | If yes, name of advocate:

Did you identify witness(es) to the investigator? ☐ yes ☐ no | Did your witness(es) testify? ☐ yes ☐ no

Name(s) of any witness(es):

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: | |
|---|---|---|
| | Inmate number: | Housing: |

**SECTION 4** **STATE THE PROBLEM AND REQUESTED RESOLUTION**

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. As of 10-27-2017, I had several appointments to see the "Medical Doctor" over the past year concerning the condition of my skin (Rashes) which was never fully addressed or resolved. I have written to the Medical Unit - (Sick Call) many different times and was seen most times to be told there is nothing they could do further except to Keep re-scheduling appointments to see the "Medical Doctor" which has never happened and it's been months do to the continued re-scheduling. There was one occasion where I was seen by a "APRN" who order medication for 7 days that was months ago and there was never a follow up to assess any progress of treatment and there was none.

My condition has worsened and have left me in a great deal of pain and discomfort. I do not understand why your "Medical Unit" has denied me meaningful and necessary treatment to remedy my serious condition.

Over the past year I have written many request and grievances to the Medical Unit here at the Osborn Correctional Institution and continued to voice my concern about my condition to the Custody Correctional Unit Officers, Supervisiors, And Administrators. I have recieved responses from Medical Staff and DOC Officials that promise to address my condition which has not happened.

I ask to be ① seen and treated by the "Medical Doctor" immediately, ② See a Specialist, ③ Reimbursed for all the times I had a "Medical Visit" that charged a $3.00 dollar copay, ④ Awarded $100,000.00 dollars for pain and Suffering and Sleep deprivation.

| Inmate signature: [signature] #302171 | Date: 10-27-2017 |
|---|---|

**For all remedies except health services, deposit this form in the Administrative Remedies box.**
**For a health services issue, deposit this form in the Health Services box.**

**SECTION 5** **DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW**

| Date Received: 11/2/17 | IGP #: 15873115.17 | T#: |
|---|---|---|
| Disposition: Change in treatment. | Date of Disposition: 12/8/17 | |

Reason: Mr. Davis

on 12/6/17 you were seen by the medical provider. you were prescribed a new medication and scheduled for a follow up.

you may provide a copy of your account statement to the nursing supervisor to review for possible reimbursement.

Monetary compensation is not awarded through the Administrative Remedy process.

☐ You have exhausted DOC's Administrative Remedies. ☐ This matter may be appealed to:

| Signature: Sharon [signature] CHC | Date: 12/8/17 |
|---|---|



# Inmate Request Form

**Connecticut Department of Correction**

CN 9601
REV 1/31/09

Inmate name: Michael Davis

Inmate number: 302171

Facility/Unit: Osborn CI / B-54

Housing unit: B-54

Date: 12/01/17

Submitted to: Health Service Administrator Furrey

Request: Written Response, Once again I had a appointment to see the Medical Doctor about my serious skin condition. The appointment never took place and it's been over a year of false promises and waiting.

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

Acted on by (print name): Richard Furey

Title: HSA

Action taken and/or response:

I asked Dr Breton to see you as soon as possible for this

**continue on back if necessary**

Staff signature: Richard Fury

Date: 12-4-17

# Inmate Request Form

**Connecticut Department of Correction**

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: Michael Davis | Inmate number: 302171 |

| | | |
|---|---|---|
| Facility/Unit: Osborn CI / B-54 | Housing unit: B-54 | Date: 12/01/17 |

Submitted to: Warden / Unit Administrator

Request: Written Response, Once again I had a appointment to see the Medical Doctor about my serious Skin Condition 12/01/17 which never took place and it's been over a year now

continue on back if necessary

Previous action taken:

DEC - 4 2017

continue on back if necessary

| | |
|---|---|
| Acted on by (print name): | Title: |

Action taken and/or response:

You were seen on 12/6/17

continue on back if necessary

| | |
|---|---|
| Staff signature: [signature] | Date: 12/11/17 |

# Inmate Request Form

## Connecticut Department of Correction

CN 9601
REV 1/31/09

NOV - 8 2017

Inmate name: Michael Davis

Inmate number: 302171

Facility/Unit: Osborn Correctional Inst. / B-Unit

Housing unit: B-54-13

Date: 11-07-2017

Submitted to: Unit Administrator / Warden

Request: Written Response > AD 9.6 and PLRA.

I recieved written response from you concerning a situation about my health and the treatment I have not recieved from your Medical Unit over the past year about more specifically my Skin Condition (Rashes). You informed me I had a appointment to meet/eval by the Medical Doctor 10/27/17 this did not happen The medical unit [illegible] been [illegible] the [illegible] [illegible]ed me on [illegible] to see the [illegible] [illegible] over a year. I am in pain and discomfort which has seriously effected my activities [illegible] ask that you again place the Medical Unit on notice.

continue on back if necessary

Previous action taken: Wrote Sick Call, Unit Manager, Unit Officers, HSA Furey, Medical Records, And Wardens Office.

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

Your appointment is 12/1/17

continue on back if necessary

Staff signature: Warden [signature]

Date: 11/20/17



# Inmate Request Form

## Connecticut Department of Correction

CN 9601
REV 1/31/09

OCT 18 2017

Inmate name: Michael Davis

Inmate number: 302171

Facility/Unit: Osborn Correctional Institution / B

Housing unit: B-54

Date: 10-17-2017

Submitted to: Unit Administrator / Warden

Request: Written Response, As of 10-17-2017 and this past year my medical issues has not been addressed here at your facility and has been denied on many occasion. To be more specific the condition of my skin (Rashes) which has caused me great pain and prevented activity such as sleep. I ask that you place the Medical Unit on notice and provide care/treatment.

continue on back if necessary

Previous action taken: Wrote Medical, HSA, Unit Officer, And Unit Supervisor.

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

You are scheduled to be seen on 10/27/17

In the future write to HSA Furey.

continue on back if necessary

Staff signature: Warden [signature]

Date: 10/19/17

WARDEN



# Inmate Request Form

**Connecticut Department of Correction**

CN 9601
REV 1/31/09

Inmate name: Michael Davis

Inmate number: 302171

Facility/Unit: Osborn Correctional Institution

Housing unit: B-54

Date: 10-17-2017

Submitted to: Health Service Administrator

Request: Written Response, In Accordance with AD 9.6 + PLRA> I had several appointments to see the Medical Doctor over the past year concerning the condition of my skin (Rashes) which was never fully addressed or resolved. I have written to the Medical Unit (Sick Call) many different times and was seen most times to be told there is nothing they could do further except to keep re-scheduling a appointment to see the Medical Doctor which has never happened and it's been months do to the continued re-scheduling. There was one occasion where I was seen by a "APRN" who order medication for 7 days months ago and never followed up to asses the progress of treatment and there was none. My condition has worsen and have left me in a great deal of pain and discomfort. I do not understand why your Medical Unit has denied me meaningful and necessary treatment to remedy my serious condition, I ask to be seen and treated by the Medical Doctor immediately.

continue on back if necessary

Previous action taken: Over the past year I have written many requests and grievances to the Medical Unit here at Osborn Correctional Institution and voiced my concern about my condition to the Custody Correctional Unit Officers and Supervisors. I have recieved responses from Medical Staff that promise to address my condition which they have not or given me a fully written formal response.

continue on back if necessary

Acted on by (print name): Richard Furey

Title: HSA

Action taken and/or response:

Mr Davis,

You are scheduled to see Dr. Breton for this rash on Oct 22. I informed him today so you should be seen then or sooner

continue on back if necessary

Staff signature: [signature]

Date: 10-18-17

To. Health Service Administrator

# Inmate Request Form

## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Michael Davis

Inmate number: 302171

Facility/Unit: Osborn Correctional Inst.

Housing unit: B-54

Date: 8/26/17

Submitted to: Medical Dept./Sick Call

Request: To be seen, Because of "RASH"

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response: AUG 2 7 2017

continue on back if necessary

Staff signature:

Date:

FROM:
DAVIS # 302171
B-54-B

To:

SICK CALL

Scan 3

# Inmate Request Form

## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Michael Davis

Inmate number: 302171

Facility/Unit: Osborn CI

Housing unit: B-54-B

Date: 08/23/17

Submitted to: Sick Call / Medical

Request: To be seen right away. I have a ongoing problem with a rash around my neck and eye The cream you gave worked but I ran out and now the rash is back as if it never left. Please see me soon...
Also HSA Rich Furrey told me to write Sick Call and that I would not be charged $3.00 dollars for a ongoing problem. So my you please clearify it with him before calling me to sick Call.

continue on back if necessary

Previous action taken: Talk to the HSA.

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response: As we discussed on 8/31 you have been referred for an MD appointment and will be called shortly. You may require a different medication unavailable through nursing sick call

AUG 2 4 2017

continue on back if necessary

Staff signature: [signature]

Date: 9/1/17



To: SICK CALL

To: SICK CALL

From: DAVIS # 302171
B-54

Reason: RASH

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Michael Davis | Inmate number: 302171

Facility/Unit: Osborn CI | Housing unit: H 22B | Date: 4/13/17

Submitted to: Sick Call / Doctor

Request: Renew My Creams And Nasal Spray.

continue on back if necessary

Previous action taken:

APR 14 2017

continue on back if necessary

Acted on by (print name): K. Lewis RN | Title:

Action taken and/or response: You don't currently have an order for creams + nasal spray. You may request sick call as needed or purchase items on commissary.

continue on back if necessary

Staff signature: K. Lewis RN | Date: 4/14/17

MEDICAL

SICK
CALL



# Inmate Request Form

**Connecticut Department of Correction**

CN 9601
REV 1/31/09

| | | |
|---|---|---|
| Inmate name: Michael Davis | | Inmate number: 302171 |
| Facility/Unit: Osborn CI | Housing unit: H-22-B | Date: 12-29-2016 |

Submitted to: Sick Call

Request: To be seen again, Concerning my rashes. The Hydrocortisone does not work and my inner upper legs are on fire it feels like. It does not itch Just "burns"

continue on back if necessary

Previous action taken:

continue on back if necessary

| | |
|---|---|
| Acted on by (print name): | Title: |

Action taken and/or response:

DEC 3 0 2016

You're scheduled to see a Provider in the near future. If you need to be seen sooner, you can sign up for sick call to be re-evaluated

continue on back if necessary

| | |
|---|---|
| Staff signature: [signature] | Date: 12/30/16 |

SICK CALL

# Inmate Administrative Remedy Form
## Connecticut Department of Correction

SEP 08 2016

CN 9602
REV 2/01/16

| Facility/Unit: Osborn Correctional Institution | Date: 09-07-2016 |
|---|---|
| Inmate name: Michael Davis | Inmate number: 302171 |

**SECTION 1 — SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.**

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☐ **I am filing a Grievance.**
Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance. > Refer to Section 2 below

**B.** ☒ **I am requesting a Health Services Review:** ☒ Diagnosis/Treatment > ☐ All Other Health Care Issues > Complete Section 4 >>>>

**C.** ☐ **I am filing an Appeal of a (select one below):**
Appeals must be filed within 15 days of notification of a decision.

☐ Disciplinary Action > Complete Section 3 below

☐ Special Management Decision ☐ Classification Decision
☐ Media Review Committee Decision ☐ Furlough Decision >
☐ Security Risk Group Designation ☐ ADA Decision > Complete Section 4 >>>>
☐ [illegible] ☐ [illegible] >
☐ Rejection of Correspondence

**SECTION 2 — OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3 — DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**

You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

Did you have an advocate? ☐ yes ☐ no — If yes, name of advocate:

Did you identify witness(es) to the investigator? ☐ yes ☐ no — Did your witness(es) testify? ☐ yes ☐ no

Name(s) of any witness(es):

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: | |
|---|---|---|
| | Inmate number: | Housing: |

**SECTION 4** **STATE THE PROBLEM AND REQUESTED RESOLUTION**

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. I filed several formal request for Health Services (sick call) and been denied treatment. I was seen by a "sick call" nurse two months ago, placed on the list for Doctor appointment, and charged Three Dollars co-pay.

I have repeatedly attempted to resolve my issue for treatment formally and informally. I have injuries on my skin and the heel of my foot. The injuris to my skin consist of a painful blistering rash across my chest area which has become progressively worse over the last two months I have been waiting to be treated. The injuries to my heel consist of very sharp pain throughout my foot and leg preventing excess movement.

* I have sent all completed request and formal documentation to Health Services (Medical Department) and have not had them returned to me.

It should be noted that a Doctor's appointment was schedule and not followed.

It also should be noted that I have recieved no treatment for my injuries in relations to pain or any thing.

I would like to be treated by a Doctor for my condition and compensated a One Thousand Dollars for every day I was [illegible] from the date [illegible] Doctor appointm[illegible] the action that [illegible] taken to resolve this problem.

[signature] #302171

| Inmate signature: [signature] #302171 | Date: 09-07-2016 |
|---|---|

**For all remedies except health services, deposit this form in the Administrative Remedies box.**
**For a health services issue, deposit this form in the Health Services box.**

**SECTION 5** **DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW**

| Date Received: 10-6-16 | IGP #: 11614-115-16 | T#: |
|---|---|---|
| Disposition: Returned without disposition | Date of Disposition: 10-6-16 | |

Reason:

You have been seen by MD's multiple times even admitted to Hospital 3. As for compensation for money you need to seek this thru Courts

☐ You have exhausted DOC's Administrative Remedies. ☐ This matter may be appealed to:

| Signature: [signature] | Date: 10-6-16 |
|---|---|

HR401J 09/14
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

# PATIENT ENCOUNTER/NURSE SICK CALL

"S" section must be fully completed for all encounters

| INMATE NUMBER 302171 | DATE OF BIRTH 12/17/85 |
|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Davis, Michael | |
| SEX M F / RACE/ETHNIC B W H O | FACILITY OCI |

DATE/TIME: 11/17/17 11:15 AM/PM

(S) Chief Complaint: "I have this rash"

HT: ____ WT: 206 WT PRIOR: ____ ☐ PROBLEM LIST REVIEWED ENCOUNTERED IN: ☐ HOUSING UNIT ☒ MEDICAL UNIT

| Vital Signs: | Abnormal | NOTIFY PRESCRIBER IMMEDIATELY IF: |
|---|---|---|
| T: 96.7 ☐ TYMP ☐ ORAL ☐ AX | | T ≥101 or ≤ 97 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| P: 80 ☐ REG ☐ STRONG | ☐ IRR ☐ WEAK ☐ THREADY ☐ BOUNDING ☐ OTHER: ____ | P >100 OR < 60 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| R: 16 ☐ UNLABORED ☐ REGULAR ☐ SPUTUM CLEAR | ☐ LABORED ☐ SHALLOW ☐ SOB | [illegible] OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| BP: 109/60 ☐ STANDING ☐ LAYING | | B/P ≤ 100/70 OR ≥ 180/90 [illegible] UNUSUAL AS COMPARED TO PATIENTS BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| O2 SAT: 99 ☐ R/A ☐ O2 ___ L | ≤ 90 % | PULSE OX IS ≤ 90 % |

SKIN:

DIAGRAM CODES: B-BURN C-CONTUSION D – DECUBITUS E-ERYTHEMA I-INCISION [illegible] OTHER: [illegible]

| Code | Location | LENGTH | WIDTH | DEPTH |
|---|---|---|---|---|
| Nothing now | | | | |
| | Noted hives | | | |

PAIN LOCATION: denies DURATION: ___ RANGE 0-10: ___

## (O) EVALUATION/OBSERVATION SIGNS/SYMPTOMS

### NEUROLOGICAL ☐ N/A

☒ ALERT ☐ ORIENTED (CIRCLE) PERSON PLACE TIME
☐ DISORIENTED ☐ SYNCOPE ☐ HEADACHE
GRASP: RIGHT/LEFT ☐ EQUAL ☐ UNEQUAL ☐ OTHER ________
PUPILS: ☐ PERRLA ☐ R___mm to ___mm ☐ L___mm to____mm
IMPAIRMENT: ☐ SPEECH ☐ HEARING ☐ VISUAL
☐ TREMORS ☐ NUMBNESS ☐ TINGLING ☐ VERTIGO/ATAXIA
☐ FALLS (EXPLAIN) ____
☒ BALANCE WNL ☐ UNSTEADY GAIT
☐ WEAKNESS (DESCRIBE) ____
☐ CHANGE IN ADL (EXPLAIN) ____
HX OF SEIZURES/STROKE/CVA/TIA: ☐ Y (DATE OF LAST) ____

### RESPIRATORY ☒ N/A

☐ COUGH : ☐ PRODUCTIVE ☐ NON PRODUCTIVE
☐ HEMOPTYSIS ☐ PURULENT/+ODOR SPUTUM
☐ FREQUENCY ________ ☐ AMT ______
☐ ABLE TO COUGH UP SECRETIONS
☐ DYSPNEA/SOB ☐ FATIGUED
☐ NASAL CONGESTION ☐ SINUS PAIN
☐ THROAT PAIN: ________
LUNG SOUNDS:

| LUL | LLL | RUL | RLL | RML |
|---|---|---|---|---|
| | | | | |

### CARDIOPULMONARY ☒ N/A

CHEST PAIN ☒ DENIES ☐ ANGINAL ☐ POSTURAL ☐ LOCALIZED
☐ SUBSTERNAL ☐ RADIATING ☐ DULL ☐ ACHING ☐ SHARP/STABBING
☐ VISELIKE ☐ OTHER: ____
ASSOCIATED WITH: ☐ SOB ☐ ACTIVITY ☐ REST
FREQUENCY/DURATION: ____
HEART SOUNDS: ☐ NORMAL ☐ REGULAR ☐ IRREGULAR
☐ ABNORMAL(EXPLAIN): ____
☐ FATIGUED ☐ EDEMA ☐ PEDAL PULSE R:_____ L:_____ ☐ FAINT
☐ PITTING +1 / +2 / +3 / +4 ☐ NONPITTING SITE: ____
☐ PACEMAKER/ICD : ____ (TYPE/DATE INSERTED)
☐ CAP REFILLS ☐ UE (CIRCLE) >3SEC / <3 SEC ☐ LE >3SEC / < 3SEC

### GASTROINTESTINAL / ABDOMINAL ☒ N/A

APPETITE ☒ GOOD ☐ FAIR ☐ POOR
WT LOSS ☐ YES ☒ NO
☐ ANOREXIA ☐ NAUSEA
☐ VOMITING ☐ DIARRHEA
☐ DIFFICULTY SWALLOWING
☐ LAST BM (DATE): ____
☐ DISTENTION ☐ GUARDING
☐ FLATULENCE ☐ INCONTINENCE
☐ BM DESCRIPTION: ____
☐ BLOOD IN STOOL
☐ WITNESSED ☐ REPORTED BY PATIENT

BOWEL SOUNDS

| RUQ | |
|---|---|
| RLQ | |
| LUQ | |
| LLQ | |

### ENDOCRINE ☒ N/A

Blood Sugar ________ Ranges: _____low to _____high
☐ HYPERGLYCEMIA : GLUCOSURIA/POLYURIA/POLYDIPSIA
☐ HYPOGLYCEMIA : SWEATS/POLYPHAGIA/WEAK/FAINT/STUPOR
REVIEW OF FOOD EATEN WITHIN PAST 2 HOURS: ____

### INTEGUMENTARY ☐ N/A

☐ PALE ☐ FLUSHED ☐ JAUNDICE ☐ WARM ☐ COOL ☒ DRY ☐ CLAMMY
☐ RASH ☒ HIVES ☐ ITCHING ☐ PETCHIAE ☐ PUSTULES/LESIONS
☐ HAIR LOSS ☐ TAUT SKIN
☐ SKIN DIAGRAM COMPLETED ON PAGE 1 ☐ Y ☐ N
☐ WOUND CHECKLIST HR400 IN PROGRESS

UPPER EXTREMITITES : EQUAL STRENGTH BILATERALLY □ Y □ N
IF NO EXPLAIN:
LOWER EXTREMITITES : EQUAL STRENGTH BILATERALLY □ Y □ N
IF NO EXPLAIN:
□ LOSS OF ROM □ PARALYSIS □ HEMIPARESIS : L OR R (CIRCLE)
□ CONTRACTURE(S): □ STIFFNESS:
□ DISCOLORATION: □ SWELLING:
□ JOINT WARMTH □ TENDERNESS □ FLANK PAIN (DO URINE DIP)
□ DEFORMITY: □ JOINT DISPLACEMENT:
HX OF AMPUTATION:
ABILITY TO AMBULATE: □ CANE □ WALKER □ CRUTCHES
□ WHEELCHAIR BOUND
DEVICES: □ ORTHOTIC □ PROSTHETIC □ BRACE □ SPLINT

BLADDER: □ CONTINENT □ INCONTINENT □ FREQUENCY □ URGENCY
□ PAIN (□ ODOR □ BURNING □ RETENTION □ HESITANCY
□ HEMATURIA □ URINE: COLOR □ CLOUDY
OUTPUT: VOIDS ____X/DAY OR _____cc □ NOCTURIA X _____
□ PENILE/VAG DISCHARGE: □ OTHER
CATHETER SIZE ___F___cc LAST CHANGED: (DATE)
GYN: LMP: □ VAG.BLEEDING: DESCRIBE
COMMENTS:

## EYES & EARS □ N/A

EYES: SCLERA: □ WHITE □ YELLOW □ HEMORRHAGE □ OTHER
CONJUNCTIVA: □ DRY □ RED/IRRITATED
□ DRAINAGE (DESCRIBE)
EARS: □ PAIN □ DRAINAGE (DESCRIBE)
□ TYMPANE EXAMINED (FINDINGS):
□ HEARING AIDS L / R
□ HISTORY OF FREQUENT INFECTIONS OR TUBE PLACEMENT
COMMENTS:

## NOSE / MOUTH / THROAT □ N/A

NOSE: □ NASAL BONE MALALIGNED/DISPLACED □ BLEEDING
□ NARES PATENT □ OBSTRUCTED NARE L / R (CIRCLE)
□ MUCUS MEMBRANES DRY
TEETH: □ NATURAL □ PARTIAL PLATE □ DENTURES UPPER/LOWER (CIRCLE)
□ MISSING □ CARIES
GUMS: □ PINK □ INFLAMED □ BLEEDING □ SORES/LESIONS/PLAQUES
THROAT: □ TENDERNESS ON EXTERNAL PALPATION □ REDNESS
□ TONSILLAR EXUDATE (DESCRIBE):
□ PRESENCE OF LESIONS/PLAQUES/DISCOLORATION:

## PSYCHOSOCIAL □ N/A

□ DOES NOT MAINTAIN EYE CONTACT □ UNCOOPERATIVE
MOOD: □ ANGRY □ ELATED □ DEPRESSED
AFFECT: □ CONGRUOUS □ INCONGRUOUS
□ EXPERIENCING HALLUCINATIONS (CIRCLE) AUDITORY VISUAL TACTILE
□ VERBALIZING THOUGHTS OF HARMING SELF/OTHERS*
*NOTIFY SUPERVISOR/ON-CALL PSYCHIATRY IMMEDIATELY

## EDUCATION

☒ REVIEWED MEDICATION/TREATMENT PLAN(S) WITH PATIENT
□ EDUCATIONAL MATERIALS PROVIDED
□ TEACHING COMPLETED:
☒ VERBALIZES UNDERSTANDING □ REQUIRES F/U EDUCATION
□ RETURN DEMONSTRATION BY PATIENT
□ ADVISED TO RETURN TO CLINIC WITH ANY QUESTIONS/CONCERNS

NARRATIVE NOTES: I/M [illegible] c/o [illegible] rash or reoccurrence as soon as HC cream "runs out" - hives [illegible] is [illegible] [illegible] - noted [illegible] sides neck [illegible] appearance [illegible], red - itching - I/M multiple MD appts that have been [illegible] - VSS [illegible]

## (A) ASSESSMENT / (E) EVALUATION

□ PAIN (CIRCLE) ACUTE / CHRONIC
☒ IMPAIRED SKIN INTEGRITY
□ ALTERED MENTAL [illegible]
□ MEMORY IMPAIRED
□ CONFUSION : (CIRCLE) ACUTE/CHRONIC
□ INEFFECTIVE TISSUE PERFUSION
□ CARDIAC OUTPUT DECREASED
□ FLUID VOLUME (CIRCLE) : EXCESS/DEFICIT

□ INEFFECTIVE BREATHING PATTERN
□ AIRWAY CLEARANCE INEFFECTIVE
□ [illegible]
☒ IMPAIRED TISSUE/SKIN INTEGRITY
□ IMPAIRED (CIRCLE) URINARY / BOWEL ELIMIN.
□ IMPAIRED PHYSICAL MOBILITY
□ IMPAIRED DENTITION

□ INEFFECTIVE COPING
□ (CIRCLE) HOPELESSNESS/POWERLESSNESS
□ [illegible]
□ INEFFECT. THERAPEUTIC REGIMEN MANAGE.
□ INFECTION (RISK FOR)
□ KNOWLEDGE DEFICIT (S)
□ OTHER:

## (P) PLAN

□ UNABLE TO COMPLETE EVALUTION AT PRESENT LOCATION ADVISED PATIENT/OFFICER TO REPORT TO MEDICAL UNIT IMMEDIATELY
□ NURSING PROTOCOL IMPLEMENTED (INDICATE WHICH PROTOCOL(S): HC CR N3.12
□ IMMEDIATE ACTION REQUIRED:
ON- CALL MD NOTIFIED : (NAME OF MD) TIME OF NOTIFICATION:
□ SCHEDULED TO SEE MD URGENTLY WITHIN 8 HOURS □ SCHEDULED TO SEE MD WITHIN 72 HOURS
□ PLACED ON MD SICK CALL LIST (FOR ROUTINE SICK CALL FOLLOW UP)
☒ ADVISED TO RETURN TO NURSE SICK CALL WITHIN PRN (CIRCLE) HOURS/DAYS/WEEKS APPT SLIP/PASS GIVEN: □ Y ☒ N
☒ CARE COORDINATION: □ COMMUNICATION SENT TO (CIRCLE) MD / NURSING SUPERVISOR / H.S.A. / PSYCHIATRY
COMMENTS: I/M now scheduled to see MD 12/1/17 cream given, [illegible]

SIGNATURE & PRINTED LAST NAME [signature] (CIRCLE) RN / LPN DATE/TIME: 11/17/17 [illegible] AM/PM

COSIGNATURE & PRINTED NAME OF RN IF NURSE IS LPN: DATE/TIME ______/______ AM/PM

J 09/14
[CONN]ECTICUT DEPARTMENT OF CORRECTION
[UNIV]ERSITY OF CONNECTICUT HEALTH CENTER
[COR]RECTIONAL MANAGED HEALTH CARE

## [PA]TIENT ENCOUNTER/NURSE SICK CALL

"[S]" section must be fully completed for all encounters

| INMATE NUMBER 302171 | | DATE OF BIRTH 12/17/85 |
|---|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Davis Michael | | |
| SEX (M) F | RACE/ETHNIC (B) W H O | FACILITY OCI/115 |

[D]ATE/TIME: 10/3/17 / 630 AM/(PM)

**(S) Chief Complaint:** "I still have that rash"

HT:_____ WT: 193.1 WT PRIOR: 194.6 ☒ PROBLEM LIST REVIEWED ENCOUNTERED IN: ☐ HOUSING UNIT ☒ MEDICAL UNIT

| Vital Signs: | Abnormal | NOTIFY PRESCRIBER IMMEDIATELY IF: |
|---|---|---|
| T: 98.4 ☐ TYMP ☒ ORAL ☐ AX | | T ≥101 or ≤ 97 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| P: 73 ☒ REG ☒ STRONG | ☐ IRR ☐ WEAK ☐ THREADY ☐ BOUNDING ☐ OTHER:_____ | P >100 OR < 60 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| R: 18 ☒ [UNLABORED] ☒ REGULAR ☐ SPUTUM CLEAR | ☐ LABORED ☐ SHALLOW ☐ SOB | [illegible] OR OTHER ABNORMAL [FINDINGS] COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| [BP:] [SITTING] ☐ LAYING 108/67 | | UNUSUAL AS COMPARED TO PATIENTS BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| O2 SAT: 99 ☒ R/A ☐ 02 ___L | ≤ 90 % | PULSE OX IS ≤ 90 % |

PAIN LOCATION: _________ DURATION:_____ RANGE 0-10:________

**SKIN:**

DIAGRAM CODES: B-BURN C-CONTUSION D – DECUBITUS E-ERYTHEMA I-INCISION [L-LACERATI]ON P-PETECHIAE [illegible]

| Code | Location | LENGTH | WIDTH | DEPTH |
|---|---|---|---|---|
| [illegible] | Neck | [illegible] | | |
| R | arm [illegible] | | | |
| R | scalp | | | |

0 2 4 6 8 10

## (O) EVALUATION/OBSERVATION SIGNS/SYMPTOMS

**NEUROLOGICAL ☐ N/A**

☒ ALERT ☒ ORIENTED (CIRCLE) (PERSON) (PLACE) (TIME)
☐ DISORIENTED ☐ SYNCOPE ☐ HEADACHE
GRASP: RIGHT/LEFT ☐ EQUAL ☐ UNEQUAL ☐ OTHER________
PUPILS: ☐ PERRLA ☐ R___mm to ___mm ☐ L___mm to____mm
IMPAIRMENT: ☐ SPEECH ☐ HEARING ☐ VISUAL
☐ TREMORS ☐ NUMBNESS ☐ TINGLING ☐ VERTIGO/ATAXIA
☐ FALLS (EXPLAIN) ______________________
☐ BALANCE WNL ☐ UNSTEADY GAIT
☐ WEAKNESS (DESCRIBE) ______________________
☐ CHANGE IN ADL (EXPLAIN)______________________
HX OF SEIZURES/STROKE/CVA/TIA: ☐ Y (DATE OF LAST)__________

**RESPIRATORY ☒ N/A**

☐ COUGH : ☐ PRODUCTIVE ☐ NON PRODUCTIVE
☐ HEMOPTYSIS ☐ PURULENT/+ODOR SPUTUM
☐ FREQUENCY _________ ☐ AMT _______
☐ ABLE TO COUGH UP SECRETIONS
☐ DYSPNEA/SOB ☐ FATIGUED
☐ NASAL CONGESTION ☐ SINUS PAIN
☐ THROAT PAIN:____________
LUNG SOUNDS:

| LUL | LLL | RUL | RLL | RML |
|---|---|---|---|---|
| | | | | |

**CARDIOPULMONARY ☐ N/A**

CHEST PAIN ☒ DENIES ☐ ANGINAL ☐ POSTURAL ☐ LOCALIZED
☐ SUBSTERNAL ☐ RADIATING ☐ DULL ☐ ACHING ☐ SHARP/STABBING
☐ VISELIKE ☐ OTHER:____________
ASSOCIATED WITH: ☐ SOB ☐ ACTIVITY ☐ REST
FREQUENCY/DURATION:______________
HEART SOUNDS: ☐ NORMAL ☐ REGULAR ☐ IRREGULAR
☐ ABNORMAL(EXPLAIN):______________
☐ FATIGUED ☐ EDEMA ☐ PEDAL PULSE R:______ L:______ ☐ FAINT
☐ PITTING +1 / +2 / +3 / +4 ☐ NONPITTING SITE:__________
☐ PACEMAKER/ICD :______________(TYPE/DATE INSERTED)
☐ CAP REFILLS ☐ UE (CIRCLE) >3SEC / <3 SEC ☐ LE >3SEC / < 3SEC

**GASTROINTESTINAL / ABDOMINAL ☐ N/A**

APPETITE ☒ GOOD ☐ FAIR ☐ POOR
WT LOSS ☐ YES ☐ NO
☐ ANOREXIA ☐ NAUSEA
☐ VOMITING ☐ DIARRHEA
☐ DIFFICULTY SWALLOWING
☐ LAST BM (DATE):__________
☐ DISTENTION ☐ GUARDING
☐ FLATULENCE ☐ INCONTINENCE
☐ BM DESCRIPTION:__________
☐ BLOOD IN STOOL
☐ WITNESSED ☐ REPORTED BY PATIENT

BOWEL SOUNDS

| RUQ | |
|---|---|
| RLQ | |
| LUQ | |
| LLQ | |

**ENDOCRINE ☒ N/A**

Blood Sugar _________ Ranges: _____low to ______high
☐ HYPERGLYCEMIA : GLUCOSURIA/POLYURIA/POLYDIPSIA
☐ HYPOGLYCEMIA : SWEATS/POLYPHAGIA/WEAK/FAINT/STUPOR
REVIEW OF FOOD EATEN WITHIN PAST 2 HOURS:

**INTEGUMENTARY ☐ N/A**

☐ PALE ☐ FLUSHED ☐ JAUNDICE ☒ WARM ☐ COOL ☒ DRY ☐ CLAMMY
☐ RASH ☐ HIVES ☐ ITCHING ☐ PETCHIAE ☐ PUSTULES/LESIONS
☐ HAIR LOSS ☐ TAUT SKIN
☒ SKIN DIAGRAM COMPLETED ON PAGE 1 ☐ Y ☐ N
☐ WOUND CHECKLIST HR400 IN PROGRESS

Diffuse areas of scaled skin of varying size and diameter

MUSCULOSKELETAL N/A

UPPER EXTREMITITES: EQUAL STRENGTH BILATERALLY ☐ Y ☐ N
IF NO EXPLAIN:
LOWER EXTREMITITES: EQUAL STRENGTH BILATERALLY ☐ Y ☐ N
IF NO EXPLAIN:
☐ LOSS OF ROM ☐ PARALYSIS ☐ HEMIPARESIS: L OR R (CIRCLE)
☐ CONTRACTURE(S): ☐ STIFFNESS:
☐ DISCOLORATION: ☐ SWELLING:
☐ JOINT WARMTH ☐ TENDERNESS ☐ FLANK PAIN (DO URINE DIP)
☐ DEFORMITY: ☐ JOINT DISPLACEMENT:
HX OF AMPUTATION:
ABILITY TO AMBULATE: ☐ CANE ☐ WALKER ☐ CRUTCHES
☐ WHEELCHAIR BOUND
DEVICES: ☐ ORTHOTIC ☐ PROSTHETIC ☐ BRACE ☐ SPLINT

GENITOURINARY N/A

BLADDER: ☐ CONTINENT ☐ INCONTINENT ☐ FREQUENCY ☐ URGENCY
☐ PAIN (☐ ODOR ☐ BURNING ☐ RETENTION ☐ HESITANCY
☐ HEMATURIA ☐ URINE: COLOR ☐ CLOUDY
OUTPUT: VOIDS ___X/DAY OR ___cc ☐ NOCTURIA X ___
☐ PENILE/VAG DISCHARGE: ☐ OTHER
CATHETER SIZE ___F___cc LAST CHANGED: ___ (DATE)
GYN: LMP: ☐ VAG.BLEEDING: ___ DESCRIBE
COMMENTS:

EYES & EARS ☒ N/A

EYES: SCLERA: ☐ WHITE ☐ YELLOW ☐ HEMORRHAGE ☐ OTHER
CONJUNCTIVA: ☐ DRY ☐ RED/IRRITATED
☐ DRAINAGE (DESCRIBE)
EARS: ☐ PAIN ☐ DRAINAGE (DESCRIBE)
☐ TYMPANE EXAMINED (FINDINGS):
☐ HEARING AIDS L / R
☐ HISTORY OF FREQUENT INFECTIONS OR TUBE PLACEMENT
COMMENTS:

NOSE / MOUTH / THROAT ☒ N/A

NOSE: ☐ NASAL BONE MALALIGNED/DISPLACED ☐ BLEEDING
☐ NARES PATENT ☐ OBSTRUCTED NARE L / R (CIRCLE)
☐ MUCUS MEMBRANES DRY
TEETH: ☐ NATURAL ☐ PARTIAL PLATE ☐ DENTURES UPPER/LOWER (CIRCLE)
☐ MISSING ☐ CARIES
GUMS: ☐ PINK ☐ INFLAMED ☐ BLEEDING ☐ SORES/LESIONS/PLAQUES
THROAT: ☐ TENDERNESS ON EXTERNAL PALPATION ☐ REDNESS
☐ TONSILLAR EXUDATE (DESCRIBE):
☐ PRESENCE OF LESIONS/PLAQUES/DISCOLORATION:

PSYCHOSOCIAL ☒ N/A

☐ DOES NOT MAINTAIN EYE CONTACT ☐ UNCOOPERATIVE
MOOD: ☐ ANGRY ☐ ELATED ☐ DEPRESSED
AFFECT: ☐ CONGRUOUS ☐ INCONGRUOUS
☐ EXPERIENCING HALLUCINATIONS (CIRCLE) AUDITORY VISUAL TACTILE
☐ VERBALIZING THOUGHTS OF HARMING SELF/OTHERS*
*NOTIFY SUPERVISOR/ON-CALL PSYCHIATRY IMMEDIATELY

EDUCATION

☒ REVIEWED MEDICATION/TREATMENT PLAN(S) WITH PATIENT
☐ EDUCATIONAL MATERIALS PROVIDED
☒ TEACHING COMPLETED: Medications, hygiene
☒ VERBALIZES UNDERSTANDING ☐ REQUIRES F/U EDUCATION
☐ RETURN DEMONSTRATION BY PATIENT
☒ ADVISED TO RETURN TO CLINIC WITH ANY QUESTIONS/CONCERNS

NARRATIVE NOTES: Pt. presents w/small scaled patches of skin on neck, scalp and Ⓡ elbow w/varying sizes. Reports pruritic at times, especially after heat/showers. ∅ drainage/swelling redness or S/S infection. Chart review reveals success using hydrocortisone cream in past but once discontinued rash returns.

(A) ASSESSMENT / (E) EVALUATION

☐ PAIN (CIRCLE) ACUTE / CHRONIC
☐ IMPAIRED SKIN INTEGRITY
☐ ALTERED MENTAL STATUS
☐ MEMORY IMPAIRED
☐ CONFUSION: (CIRCLE) ACUTE/CHRONIC
☐ INEFFECTIVE TISSUE PERFUSION
☐ CARDIAC OUTPUT DECREASED
☐ FLUID VOLUME (CIRCLE): EXCESS/DEFICIT
☐ INEFFECTIVE BREATHING PATTERN
☐ AIRWAY CLEARANCE INEFFECTIVE
☐ IMPAIRED GAS EXCHANGE
☐ IMPAIRED TISSUE/SKIN INTEGRITY
☐ IMPAIRED (CIRCLE) URINARY / BOWEL ELIMIN.
☐ IMPAIRED PHYSICAL MOBILITY
☐ IMPAIRED DENTITION
☐ INEFFECTIVE COPING
☐ (CIRCLE) HOPELESSNESS/POWERLESSNESS
☐ SELF CARE DEFICIT
☐ INEFFECT. THERAPEUTIC REGIMEN MANAGE.
☐ INFECTION (RISK FOR)
☐ KNOWLEDGE DEFICIT (S)
☐ OTHER:

(P) PLAN

☐ UNABLE TO COMPLETE EVALUTION AT PRESENT LOCATION ADVISED PATIENT/OFFICER TO REPORT TO MEDICAL UNIT IMMEDIATELY
☒ NURSING PROTOCOL IMPLEMENTED (INDICATE WHICH PROTOCOL(S): A3.12 Dermatitis
☐ IMMEDIATE ACTION REQUIRED:
ON- CALL MD NOTIFIED: (NAME OF MD) ___ TIME OF NOTIFICATION: ___
☐ SCHEDULED TO SEE MD URGENTLY WITHIN 8 HOURS ☐ SCHEDULED TO SEE MD WITHIN 72 HOURS
☐ PLACED ON MD SICK CALL LIST (FOR ROUTINE SICK CALL FOLLOW UP)
☒ ADVISED TO RETURN TO NURSE SICK CALL WITHIN PRN (CIRCLE) HOURS/DAYS/WEEKS APPT SLIP/PASS GIVEN: ☐ Y ☐ N
☐ CARE COORDINATION: ☐ COMMUNICATION SENT TO (CIRCLE) MD / NURSING SUPERVISOR / H.S.A. / PSYCHIATRY
COMMENTS: Pending MDSC for issue/long term solution in system. Hydrocortisone w/instructions provided, verbalized understanding

SIGNATURE & PRINTED LAST NAME [signature] Schmarold (CIRCLE) RN / LPN DATE/TIME: 10/5/17 / 630 AM/PM

COSIGNATURE & PRINTED NAME OF RN IF NURSE IS LPN: ___ DATE/TIME ___ / ___ AM/PM

·1J 09/14
NECTICUT DEPARTMENT OF CORRECTION
VERSITY OF CONNECTICUT HEALTH CENTER
RRECTIONAL MANAGED HEALTH CARE

## ATIENT ENCOUNTER/NURSE SICK CALL

S" section must be fully completed for all encounters

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 302171 | 12/17/85 |

INMATE NAME (LAST, FIRST, INITIAL): Davis, Michael

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M F | B W H O | |

DATE/TIME: 8/27/17 6:40 AM/PM

**(S) Chief Complaint :** " I have a rash "

HT:_____  WT:_____  WT PRIOR:_____  ☑ PROBLEM LIST REVIEWED   ENCOUNTERED IN: ☐ HOUSING UNIT  ☑ MEDICAL UNIT

| Vital Signs: | Abnormal | NOTIFY PRESCRIBER IMMEDIATELY IF: | SKIN: |
|---|---|---|---|
| T: 98.3 ☐ TYMP ☐ ORAL ☐ AX | | T ≥101 or ≤ 97 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT | |
| P: 70 ☐ REG ☐ STRONG | ☐ IRR ☐ WEAK ☐ THREADY ☐ BOUNDING OTHER: | P >100 OR < 60 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT | DIAGRAM CODES: B-BURN C-CONTUSION D – DECUBITUS E-ERYTHEMA I-INCISION |
| R: ☐ UNLABORED ☐ REGULAR ☐ SPUTUM CLEAR | ☐ LABORED ☐ SHALLOW ☐ SOB | | |
| BP: ☐ STANDING | | B/P ≤ 100/70 OR ≥ 180/90 | |

| Code | Location | LENGTH | WIDTH | DEPTH |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 110/20 ☐ LAYING | | UNUSUAL AS COMPARED TO PATIENTS BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT | |
|---|---|---|---|

O2 SAT: 98%  ☐ R/A ☐ O2 ____L    ≤ 90%    PULSE OX IS ≤ 90%

PAIN LOCATION:_____  DURATION:_____  RANGE 0-10:_____

## (O) EVALUATION/OBSERVATION SIGNS/SYMPTOMS

### NEUROLOGICAL ☐ N/A

☐ ALERT ☐ ORIENTED (CIRCLE) PERSON PLACE TIME
☐ DISORIENTED ☐ SYNCOPE ☐ HEADACHE
GRASP: RIGHT/LEFT ☐ EQUAL ☐ UNEQUAL ☐ OTHER_____
PUPILS: ☐ PERRLA ☐ R___mm to ___mm L___mm to ___mm
IMPAIRMENT: ☐ SPEECH ☐ HEARING ☐ VISUAL
  ☐ TREMORS ☐ NUMBNESS ☐ TINGLING ☐ VERTIGO/ATAXIA
  ☐ FALLS (EXPLAIN) _____
    ☐ BALANCE WNL ☐ UNSTEADY GAIT
  ☐ WEAKNESS (DESCRIBE) _____
  ☐ CHANGE IN ADL (EXPLAIN) _____
HX OF SEIZURES/STROKE/CVA/TIA: ☐ Y (DATE OF LAST) _____

### RESPIRATORY ☐ N/A

☐ COUGH : ☐ PRODUCTIVE ☐ NON PRODUCTIVE
☐ HEMOPTYSIS ☐ PURULENT/+ODOR SPUTUM
☐ FREQUENCY _____ ☐ AMT _____
☐ ABLE TO COUGH UP SECRETIONS
☐ DYSPNEA/SOB ☐ FATIGUED
☐ NASAL CONGESTION ☐ SINUS PAIN
☐ THROAT PAIN: _____
LUNG SOUNDS:

| LUL | LLL | RUL | RLL | RML |
|---|---|---|---|---|
| | | | | |

### CARDIOPULMONARY ☑ N/A

CHEST PAIN ☐ DENIES ☐ ANGINAL ☐ POSTURAL ☐ LOCALIZED
☐ SUBSTERNAL ☐ RADIATING ☐ DULL ☐ ACHING ☐ SHARP/STABBING
☐ VISELIKE ☐ OTHER:
ASSOCIATED WITH: ☐ SOB ☐ ACTIVITY ☐ REST
FREQUENCY/DURATION: _____
HEART SOUNDS: ☐ NORMAL ☐ REGULAR ☐ IRREGULAR
☐ ABNORMAL(EXPLAIN): _____
☐ FATIGUED ☐ EDEMA ☐ PEDAL PULSE R:____ L:____ ☐ FAINT
☐ PITTING +1 / +2 / +3 / +4 ☐ NONPITTING SITE: _____
☐ PACEMAKER/ICD : _____ (TYPE/DATE INSERTED)
☐ CAP REFILLS ☐ UE (CIRCLE) >3SEC / <3 SEC ☐ LE >3SEC / < 3SEC

### GASTROINTESTINAL / ABDOMINAL ☑ N/A

APPETITE ☐ GOOD ☐ FAIR ☐ POOR
  WT LOSS ☐ YES ☐ NO
☐ ANOREXIA ☐ NAUSEA
☐ VOMITING ☐ DIARRHEA
☐ DIFFICULTY SWALLOWING
☐ LAST BM (DATE): _____
☐ DISTENTION ☐ GUARDING
☐ FLATULENCE ☐ INCONTINENCE
☐ BM DESCRIPTION: _____
☐ BLOOD IN STOOL
☐ WITNESSED ☐ REPORTED BY PATIENT

BOWEL SOUNDS

| | |
|---|---|
| Upper Right | Upper Left |
| Lower Right | Lower Left |

| RUQ | |
|---|---|
| RLQ | |
| LUQ | |
| LLQ | |

### ENDOCRINE ☑ N/A

Blood Sugar _____ Ranges: ____low to ____high
☐ HYPERGLYCEMIA : GLUCOSURIA/POLYURIA/POLYDIPSIA
☐ HYPOGLYCEMIA : SWEATS/POLYPHAGIA/WEAK/FAINT/STUPOR
REVIEW OF FOOD EATEN WITHIN PAST 2 HOURS:
_____

### INTEGUMENTARY ☐ N/A

☐ PALE ☐ FLUSHED ☐ JAUNDICE ☐ WARM ☐ COOL ☐ DRY ☐ CLAMMY
☐ RASH ☐ HIVES ☐ ITCHING ☐ PETCHIAE ☐ PUSTULES/LESIONS
☐ HAIR LOSS ☐ TAUT SKIN
☐ SKIN DIAGRAM COMPLETED ON PAGE 1 ☐ Y ☐ N
☐ WOUND CHECKLIST HR400 IN PROGRESS

UPPER EXTREMITIES : EQUAL STRENGTH BILATERALLY □ Y □ N
IF NO EXPLAIN:
LOWER EXTREMITIES : EQUAL STRENGTH BILATERALLY □ Y □ N
IF NO EXPLAIN:
□ LOSS OF ROM □ PARALYSIS □ HEMIPARESIS : L OR R (CIRCLE)
□ CONTRACTURE(S): □ STIFFNESS:
□ DISCOLORATION: □ SWELLING:
□ JOINT WARMTH □ TENDERNESS □ FLANK PAIN (DO URINE DIP)
□ DEFORMITY: □ JOINT DISPLACEMENT:
HX OF AMPUTATION:
ABILITY TO AMBULATE: □ CANE □ WALKER □ CRUTCHES
□ WHEELCHAIR BOUND
DEVICES: □ ORTHOTIC □ PROSTHETIC □ BRACE □ SPLINT

BLADDER: □ CONTINENT □ INCONTINENT □ FREQUENCY □ URGENCY
□ PAIN (□ ODOR □ BURNING □ RETENTION □ HESITANCY
□ HEMATURIA □ URINE: COLOR ______ □ CLOUDY
OUTPUT: VOIDS ___X/DAY OR ____cc □ NOCTURIA X ____
□ PENILE/VAG DISCHARGE: ______ □ OTHER ______
CATHETER SIZE ___F___cc LAST CHANGED: ______(DATE)
GYN: LMP: ______ □ VAG.BLEEDING: ______ DESCRIBE
COMMENTS:

## EYES & EARS ☑ N/A

EYES: SCLERA: □ WHITE □ YELLOW □ HEMORRHAGE □ OTHER
CONJUNCTIVA: □ DRY □ RED/IRRITATED
□ DRAINAGE (DESCRIBE)
EARS: □ PAIN □ DRAINAGE (DESCRIBE)
□ TYMPANE EXAMINED (FINDINGS):
□ HEARING AIDS L / R
□ HISTORY OF FREQUENT INFECTIONS OR TUBE PLACEMENT
COMMENTS:

## NOSE / MOUTH / THROAT ☑ N/A

NOSE: □ NASAL BONE MALALIGNED/DISPLACED □ BLEEDING
□ NARES PATENT □ OBSTRUCTED NARE L / R (CIRCLE)
□ MUCUS MEMBRANES DRY
TEETH: □ NATURAL □ PARTIAL PLATE □ DENTURES UPPER/LOWER (CIRCLE)
□ MISSING □ CARIES
GUMS: □ PINK □ INFLAMED □ BLEEDING □ SORES/LESIONS/PLAQUES
THROAT: □ TENDERNESS ON EXTERNAL PALPATION □ REDNESS
□ TONSILLAR EXUDATE (DESCRIBE):
□ PRESENCE OF LESIONS/PLAQUES/DISCOLORATION:

## PSYCHOSOCIAL ☑ N/A

□ DOES NOT MAINTAIN EYE CONTACT □ UNCOOPERATIVE
MOOD: □ ANGRY □ ELATED □ DEPRESSED
AFFECT: □ CONGRUOUS □ INCONGRUOUS
□ EXPERIENCING HALLUCINATIONS (CIRCLE) AUDITORY VISUAL TACTILE
□ VERBALIZING THOUGHTS OF HARMING SELF/OTHERS*
*NOTIFY SUPERVISOR/ON-CALL PSYCHIATRY IMMEDIATELY

## EDUCATION

☑ REVIEWED MEDICATION/TREATMENT PLAN(S) WITH PATIENT
□ EDUCATIONAL MATERIALS PROVIDED
☑ TEACHING COMPLETED: Use meds as instructed, return if s/s persist or worsen
☑ VERBALIZES UNDERSTANDING □ REQUIRES F/U EDUCATION
☑ RETURN DEMONSTRATION BY PATIENT
☑ ADVISED TO RETURN TO CLINIC WITH ANY QUESTIONS/CONCERNS

NARRATIVE NOTES: I/M to ESC c/o R Neck rash for about a week. I/M c/o itching, swelling, not draining. I/M reports he ran out of Hydro Cream and the rash returned.

## (A) ASSESSMENT / (E) EVALUATION

□ PAIN (CIRCLE) ACUTE / CHRONIC
☑ IMPAIRED SKIN INTEGRITY
□ [illegible] STATUS
□ MEMORY IMPAIRED
□ CONFUSION : (CIRCLE) ACUTE/CHRONIC
□ INEFFECTIVE TISSUE PERFUSION
□ CARDIAC OUTPUT DECREASED
□ FLUID VOLUME (CIRCLE) : EXCESS/DEFICIT
□ INEFFECTIVE BREATHING PATTERN
□ AIRWAY CLEARANCE INEFFECTIVE
□ IMPAIRED GAS EXCHANGE
□ IMPAIRED TISSUE/SKIN INTEGRITY
□ IMPAIRED (CIRCLE) URINARY / BOWEL ELIMIN.
□ IMPAIRED PHYSICAL MOBILITY
□ IMPAIRED DENTITION
□ INEFFECTIVE COPING
□ (CIRCLE) HOPELESSNESS/POWERLESSNESS
□ SELF CA[illegible]
□ INEFFECT. THERAPEUTIC REGIMEN MANAGE.
□ INFECTION (RISK FOR)
□ KNOWLEDGE DEFICIT (S)
□ OTHER:

## (P) PLAN

□ UNABLE TO COMPLETE EVALUTION AT PRESENT LOCATION ADVISED PATIENT/OFFICER TO REPORT TO MEDICAL UNIT IMMEDIATELY
☑ NURSING PROTOCOL IMPLEMENTED (INDICATE WHICH PROTOCOL(S): A 3.12
□ IMMEDIATE ACTION REQUIRED:
ON- CALL MD NOTIFIED : (NAME OF MD) ______ TIME OF NOTIFICATION: ______
□ SCHEDULED TO SEE MD URGENTLY WITHIN 8 HOURS □ SCHEDULED TO SEE MD WITHIN 72 HOURS
□ PLACED ON MD SICK CALL LIST (FOR ROUTINE SICK CALL FOLLOW UP)
☑ ADVISED TO RETURN TO NURSE SICK CALL WITHIN PRN (CIRCLE) HOURS/DAYS/WEEKS APPT SLIP/PASS GIVEN: □ Y □ N
□ CARE COORDINATION: □ COMMUNICATION SENT TO (CIRCLE) MD / NURSING SUPERVISOR / H.S.A. / PSYCHIATRY
COMMENTS: per protocol Hydrocortisone 1% given

SIGNATURE & PRINTED LAST NAME [signature] (CIRCLE) RN / LPN DATE/TIME 8/27/17 - 7:00 AM/PM

COSIGNATURE & PRINTED NAME OF RN IF NURSE IS LPN: ______ DATE/TIME ____/____ AM/PM

HR401J 09/14
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

## PATIENT ENCOUNTER/NURSE SICK CALL

"S" section must be fully completed for all encounters

INMATE NUMBER: 30171   DATE OF BIRTH: 18 / 11 / 85
INMATE NAME (LAST, FIRST, INITIAL): Johns, Michael
SEX: M F   RACE/ETHNIC: B W H O   FACILITY: OG

DATE/TIME: 8/17/17   AM/PM

**(S) Chief Complaint** "My rash came back"

HT: 5'11"   WT: 194   WT PRIOR: _____   ☑ PROBLEM LIST REVIEWED   ENCOUNTERED IN: ☐ HOUSING UNIT   ☑ MEDICAL UNIT

| Vital Signs: | Abnormal | NOTIFY PRESCRIBER IMMEDIATELY IF: | SKIN: |
|---|---|---|---|
| T: 98 ☐ TYMP ☐ ORAL ☐ AX | | T ≥101 or ≤ 97 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE <u>EXCEPTION</u> IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT | |
| P: 59 ☐ REG ☐ STRONG | ☐ IRR ☐ WEAK ☐ THREADY ☐ BOUNDING ☐ OTHER: | P >100 OR < 60 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE <u>EXCEPTION</u> IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT | DIAGRAM CODES: B-BURN C-CONTUSION D-DECUBITUS E-ERYTHEMA I-INCISION L-LACERATION P-PETECHIAE R-RASH S-SCAR T-TUBE |
| R: ☐ UNLABORED ☐ CLEAR | ☐ LABORED ☐ SOB | R >22 OR <14 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT | |
| BP: ☐ STANDING ☐ SITTING | | B/P ≤ 100/70 OR ≥ 180/90 ORTHOSTATIC CHANGES OR FINDINGS ARE NORM FOR THE PATIENT | LOCATION   LENGTH   WIDTH   DEPTH |
| O2 SAT: 100% ☐ RA/A ☐ O2 ___ L | ≤ 90 % | PULSE OX IS ≤ 90 % | |

PAIN LOCATION: _____   DURATION: _____   RANGE 0-10: _____

(faces pain scale 0 2 4 6 8 10)

## (O) EVALUATION/OBSERVATION SIGNS/SYMPTOMS

**NEUROLOGICAL ☐ N/A**
☐ ALERT ☐ ORIENTED (CIRCLE) PERSON PLACE TIME
☐ DISORIENTED ☐ SYNCOPE ☐ HEADACHE
GRASP: RIGHT/LEFT ☐ EQUAL ☐ UNEQUAL ☐ OTHER _____
PUPILS: ☐ PERRLA ☐ R___ mm to ___mm ☐ L___mm to ___mm
IMPAIRMENT: ☐ SPEECH ☐ HEARING ☐ VISUAL
☐ TREMORS ☐ NUMBNESS ☐ TINGLING ☐ VERTIGO/ATAXIA
☐ FALLS (EXPLAIN) _____
☐ BALANCE WNL ☐ UNSTEADY GAIT
☐ WEAKNESS (DESCRIBE) _____
☐ CHANGE IN ADL (EXPLAIN) _____
HX OF SEIZURES/STROKE/CVA/TIA: ☐ Y (DATE OF LAST) _____

**RESPIRATORY ☐ N/A**
☐ COUGH : ☐ PRODUCTIVE ☐ NON PRODUCTIVE
☐ HEMOPTYSIS ☐ PURULENT/+ODOR SPUTUM
☐ FREQUENCY _____ ☐AMT _____
☐ ABLE TO COUGH UP SECRETIONS
☐ DYSPNEA/SOB ☐ FATIGUED
☐ NASAL CONGESTION ☐ SINUS PAIN
☐ THROAT PAIN: _____
LUNG SOUNDS:

| LUL | LLL | RUL | RLL | RML |
|---|---|---|---|---|
| | | | | |

**CARDIOPULMONARY ☐ N/A**
CHEST PAIN ☑ DENIES ☐ANGINAL ☐POSTURAL ☐ LOCALIZED
☐ SUBSTERNAL ☐ RADIATING ☐ DULL ☐ ACHING ☐ SHARP/STABBING
☐ VISELIKE ☐ OTHER: _____
ASSOCIATED WITH: ☐ SOB ☐ ACTIVITY ☐ REST
FREQUENCY/DURATION: _____
HEART SOUNDS: ☐ NORMAL ☐ REGULAR ☐ IRREGULAR
☐ ABNORMAL(EXPLAIN): _____
☐ FATIGUED ☐ EDEMA ☐ PEDAL PULSE R: ___ L: ___ ☐ FAINT
☐ PITTING +1 / +2 / +3 / +4 ☐ NONPITTING SITE: _____
☐ PACEMAKER/ICD : _____ (TYPE/DATE INSERTED)
☐ CAP REFILLS ☐ UE (CIRCLE) >3SEC / <3 SEC ☐ LE >3SEC / < 3SEC

**GASTROINTESTINAL / ABDOMINAL ☐ N/A**
APPETITE ☐ GOOD ☐ FAIR ☐ POOR   BOWEL SOUNDS
WT LOSS ☐ YES ☐ NO
☐ ANOREXIA ☐ NAUSEA
☐ VOMITING ☐ DIARRHEA
☐ DIFFICULTY SWALLOWING
☐ LAST BM (DATE): _____
☐ DISTENTION ☐ GUARDING
☐ FLATULENCE ☐ INCONTINENCE
☐ BM DESCRIPTION: _____
☐ BLOOD IN STOOL
☐ WITNESSED ☐ REPORTED BY PATIENT

| RUQ | |
|---|---|
| RLQ | |
| LUQ | |
| LLQ | |

**ENDOCRINE ☐ N/A**
Blood Sugar _____ Ranges: ___low to ___high
☐ HYPERGLYCEMIA : GLUCOSURIA/POLYURIA/POLYDIPSIA
☐ HYPOGLYCEMIA : SWEATS/POLYPHAGIA/WEAK/FAINT/STUPOR
REVIEW OF FOOD EATEN WITHIN PAST 2 HOURS: _____

**INTEGUMENTARY ☐ N/A**
☐ PALE ☐ FLUSHED ☐ JAUNDICE ☑ WARM ☐ COOL ☐ DRY ☐ CLAMMY
☐ RASH ☐ HIVES ☐ ITCHING ☐ PETCHIAE ☐ PUSTULES/LESIONS
☐ HAIR LOSS ☐ TAUT SKIN
☐ SKIN DIAGRAM COMPLETED ON PAGE 1 ☐ Y ☐ N
☐ WOUND CHECKLIST HR400 IN PROGRESS

**MUSCULOSKELETAL ☑ N/A**

UPPER EXTREMITITES : EQUAL STRENGTH BILATERALLY ☐ Y ☐ N
IF NO EXPLAIN:____________
LOWER EXTREMITITES : EQUAL STRENGTH BILATERALLY ☐ Y ☐ N
IF NO EXPLAIN:____________
☐ LOSS OF ROM ☐ PARALYSIS ☐ HEMIPARESIS : L OR R (CIRCLE)
☐ CONTRACTURE(S):________ ☐ STIFFNESS:________
☐ DISCOLORATION:________ ☐ SWELLING:________
☐ JOINT WARMTH ☐ TENDERNESS ☐ FLANK PAIN (DO URINE DIP)
☐ DEFORMITY:________ ☐ JOINT DISPLACEMENT:________
HX OF AMPUTATION:________
ABILITY TO AMBULATE: ☐ CANE ☐ WALKER ☐ CRUTCHES
☐ WHEELCHAIR BOUND
DEVICES: ☐ ORTHOTIC ☐ PROSTHETIC ☐ BRACE ☐ SPLINT

**GENITOURINARY ☑ N/A**

BLADDER: ☐ CONTINENT ☐ INCONTINENT ☐ FREQUENCY ☐ URGENCY
☐ PAIN (☐ ODOR ☐ BURNING ☐ RETENTION ☐ HESITANCY
☐ HEMATURIA ☐ URINE: COLOR________ ☐ CLOUDY
OUTPUT: VOIDS ____X/DAY OR _____cc ☐ NOCTURIA X ____
☐ PENILE/VAG DISCHARGE:________ ☐ OTHER________
CATHETER SIZE ___F___cc LAST CHANGED: ________(DATE)
GYN: LMP:________ ☐ VAG.BLEEDING:________DESCRIBE
COMMENTS:

**EYES & EARS ☑ N/A**

EYES: SCLERA: ☐ WHITE ☐ YELLOW ☐ HEMORRHAGE ☐ OTHER ________
CONJUNCTIVA: ☐ DRY ☐ RED/IRRITATED
☐ DRAINAGE (DESCRIBE) ________
EARS: ☐ PAIN ☐ DRAINAGE (DESCRIBE)________
☐ TYMPANE EXAMINED (FINDINGS):________
☐ HEARING AIDS L / R
☐ HISTORY OF FREQUENT INFECTIONS OR TUBE PLACEMENT
COMMENTS:________

**NOSE / MOUTH / THROAT ☑ N/A**

NOSE: ☐ NASAL BONE MALALIGNED/DISPLACED ☐ BLEEDING
☐ NARES PATENT ☐ OBSTRUCTED NARE L / R (CIRCLE)
☐ MUCUS MEMBRANES DRY
TEETH: ☐ NATURAL ☐ PARTIAL PLATE ☐ DENTURES UPPER/LOWER (CIRCLE)
☐ MISSING ☐ CARIES
GUMS: ☐ PINK ☐ INFLAMED ☐ BLEEDING ☐ SORES/LESIONS/PLAQUES
THROAT: ☐ TENDERNESS ON EXTERNAL PALPATION ☐ REDNESS
☐ TONSILLAR EXUDATE (DESCRIBE):________
☐ PRESENCE OF LESIONS/PLAQUES/DISCOLORATION:________

**PSYCHOSOCIAL ☑ N/A**

☐ DOES NOT MAINTAIN EYE CONTACT ☐ UNCOOPERATIVE
MOOD: ☐ ANGRY ☐ ELATED ☐ DEPRESSED
AFFECT: ☐ CONGRUOUS ☐ INCONGRUOUS
☐ EXPERIENCING HALLUCINATIONS (CIRCLE) AUDITORY VISUAL TACTILE
☐ VERBALIZING THOUGHTS OF HARMING SELF/OTHERS*
*NOTIFY SUPERVISOR/ON-CALL PSYCHIATRY IMMEDIATELY

**EDUCATION**

☑ REVIEWED MEDICATION/TREATMENT PLAN(S) WITH PATIENT
☐ EDUCATIONAL MATERIALS PROVIDED
☐ TEACHING COMPLETED:________
☐ VERBALIZES UNDERSTANDING ☐ REQUIRES F/U EDUCATION
☑ RETURN DEMONSTRATION BY PATIENT
☑ ADVISED TO RETURN TO CLINIC WITH ANY QUESTIONS/CONCERNS

NARRATIVE NOTES: I/M seen in SC 7/31/17 for rash to neck. Reports rash returned once Hydrocortisone cr. ran out. Hydrocortisone & Clotrimazole cr. per nsg protocol.

**(A) ASSESSMENT / (E) EVALUATION**

☐ PAIN (CIRCLE) ACUTE / CHRONIC
☑ IMPAIRED SKIN INTEGRITY
☐ ALTERED MENTAL STATUS
☐ MEMORY IMPAIRED
☐ CONFUSION : (CIRCLE) ACUTE/CHRONIC
☐ INEFFECTIVE TISSUE PERFUSION
☐ CARDIAC OUTPUT DECREASED
☐ FLUID VOLUME (CIRCLE) : EXCESS/DEFICIT
☐ INEFFECTIVE BREATHING PATTERN
☐ AIRWAY CLEARANCE INEFFECTIVE
☐ IMPAIRED GAS EXCHANGE
☐ IMPAIRED TISSUE/SKIN INTEGRITY
☐ IMPAIRED (CIRCLE) URINARY / BOWEL ELIMIN.
☐ IMPAIRED PHYSICAL MOBILITY
☐ IMPAIRED DENTITION
☐ INEFFECTIVE COPING
☐ (CIRCLE) HOPELESSNESS/POWERLESSNESS
☐ SELF CARE DEFICIT
☐ INEFFECT. THERAPEUTIC REGIMEN MANAGE.
☐ INFECTION (RISK FOR)
☐ KNOWLEDGE DEFICIT (S)
☐ OTHER:________

**(P) PLAN**

☐ UNABLE TO COMPLETE EVALUTION AT PRESENT LOCATION ADVISED PATIENT/OFFICER TO REPORT TO MEDICAL UNIT IMMEDIATELY
☐ NURSING PROTOCOL IMPLEMENTED (INDICATE WHICH PROTOCOL(S):________
☐ IMMEDIATE ACTION REQUIRED:
ON- CALL MD NOTIFIED : (NAME OF MD)________ TIME OF NOTIFICATION:________
☐ SCHEDULED TO SEE MD URGENTLY WITHIN 8 HOURS ☐ SCHEDULED TO SEE MD WITHIN 72 HOURS
☐ PLACED ON MD SICK CALL LIST (FOR ROUTINE SICK CALL FOLLOW UP)
☑ ADVISED TO RETURN TO NURSE SICK CALL WITHIN PRN (CIRCLE) HOURS/DAYS/WEEKS APPT SLIP/PASS GIVEN: ☐ Y ☐ N
☐ CARE COORDINATION: ☐ COMMUNICATION SENT TO (CIRCLE) MD / NURSING SUPERVISOR / H.S.A. / PSYCHIATRY
COMMENTS:

SIGNATURE & PRINTED LAST NAME K. Lewis ________ (CIRCLE) RN / LPN DATE/TIME: 8/3/17 0845 AM/PM

COSIGNATURE & PRINTED NAME OF RN IF NURSE IS LPN:________ DATE/TIME ____/____ AM/PM

HR401J 09/14
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

# PATIENT ENCOUNTER/NURSE SICK CALL

"S" section must be fully completed for all encounters

| INMATE NUMBER 302171 | DATE OF BIRTH 12/17/85 |
|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Davis, Michael | |
| SEX (M) F — RACE/ETHNIC (B) W H O | FACILITY OCI |

DATE/TIME: 7/25/17 950 (AM) PM

**(S) Chief Complaint:** " I have this rash "

HT: 5'11" WT: 187 WT PRIOR:_____ ☑ PROBLEM LIST REVIEWED   ENCOUNTERED IN: ☐ HOUSING UNIT ☒ MEDICAL UNIT

| Vital Signs: | Abnormal | NOTIFY PRESCRIBER IMMEDIATELY IF: |
|---|---|---|
| T: 96.9 ☐ TYMP ☒ ORAL ☐ AX | | T ≥101 or ≤ 97 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| P: 64 ☒ REG ☒ STRONG | ☐ IRR ☐ WEAK ☐ THREADY ☐ BOUNDING ☐ OTHER:_____ | P >100 OR < 60 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| R: 15 ☒ UNLABORED ☐ SPUTUM CLEAR | ☐ LABORED ☐ SHALLOW ☐ SOB | R >22 OR <14 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| BP: ☐ STANDING ☒ SITTING | | B/P ≤ 100/70 OR ≥ 180/90 ORTHOSTATIC CHANGES OR FINDINGS ARE ... NORM FOR THE PATIENT |
| O2 SAT: 99% ☒ R/A ☐ O2 ___ L | ≤ 90 % | PULSE OX IS ≤ 90 % |

SKIN: around (R) eye, upper shoulder & neck

DIAGRAM CODES: B-BURN C-CONTUSION D – DECUBITUS E-ERYTHEMA I-INCISION L-LACERATION P-PETECHIAE R-RASH S-SCAR T-TUBE O-OTHER

| Code | Location | LENGTH | WIDTH | DEPTH |
|---|---|---|---|---|
| R | (R) eye around | | | — |
| | & neck | | | |

PAIN LOCATION: Ø DURATION:_____ RANGE 0-10: Ø

## (O) EVALUATION/OBSERVATION SIGNS/SYMPTOMS

**NEUROLOGICAL ☐ N/A**

☒ ALERT ☒ ORIENTED (CIRCLE) (PERSON PLACE TIME)
☐ DISORIENTED ☐ SYNCOPE ☐ HEADACHE
GRASP: RIGHT/LEFT ☐ EQUAL ☐ UNEQUAL ☐ OTHER_____
PUPILS: ☐ PERRLA ☐ R___mm to ___mm ☐ L___mm to____mm
IMPAIRMENT: ☐ SPEECH ☐ HEARING ☐ VISUAL
☐ TREMORS ☐ NUMBNESS ☐ TINGLING ☐ VERTIGO/ATAXIA
☐ FALLS (EXPLAIN) _____
☐ BALANCE WNL ☐ UNSTEADY GAIT
☐ WEAKNESS (DESCRIBE) _____
☐ CHANGE IN ADL (EXPLAIN)_____
HX OF SEIZURES/STROKE/CVA/TIA: ☐ Y (DATE OF LAST)_____

**RESPIRATORY ☒ N/A**

☐ COUGH : ☐ PRODUCTIVE ☐ NON PRODUCTIVE
☐ HEMOPTYSIS ☐ PURULENT/+ODOR SPUTUM
☐ FREQUENCY _____ ☐ AMT _____
☐ ABLE TO COUGH UP SECRETIONS
☐ DYSPNEA/SOB ☐ FATIGUED
☐ NASAL CONGESTION ☐ SINUS PAIN
☐ THROAT PAIN:_____
LUNG SOUNDS:

| LUL | LLL | RUL | RLL | RML |
|---|---|---|---|---|
| | | | | |

**CARDIOPULMONARY ☒ N/A**

CHEST PAIN ☐ DENIES ☐ ANGINAL ☐ POSTURAL ☐ LOCALIZED
☐ SUBSTERNAL ☐ RADIATING ☐ DULL ☐ ACHING ☐ SHARP/STABBING
☐ VISELIKE ☐ OTHER:_____
ASSOCIATED WITH: ☐ SOB ☐ ACTIVITY ☐ REST
FREQUENCY/DURATION:_____
HEART SOUNDS: ☐ NORMAL ☐ REGULAR ☐ IRREGULAR
☐ ABNORMAL(EXPLAIN):_____
☐ FATIGUED ☐ EDEMA ☐ PEDAL PULSE R:_____ L:_____ ☐ FAINT
☐ PITTING +1 / +2 / +3 / +4 ☐ NONPITTING SITE:_____
☐ PACEMAKER/ICD :_____(TYPE/DATE INSERTED)
☐ CAP REFILLS ☐ UE (CIRCLE) >3SEC / <3 SEC ☐ LE >3SEC / < 3SEC

**GASTROINTESTINAL / ABDOMINAL ☒ N/A**

APPETITE ☐ GOOD ☐ FAIR ☐ POOR
WT LOSS ☐ YES ☐ NO
☐ ANOREXIA ☐ NAUSEA
☐ VOMITING ☐ DIARRHEA
☐ DIFFICULTY SWALLOWING
☐ LAST BM (DATE):_____
☐ DISTENTION ☐ GUARDING
☐ FLATULENCE ☐ INCONTINENCE
☐ BM DESCRIPTION:_____
☐ BLOOD IN STOOL
☐ WITNESSED ☐ REPORTED BY PATIENT

BOWEL SOUNDS

| RUQ | |
|---|---|
| RLQ | |
| LUQ | |
| LLQ | |

**ENDOCRINE ☒ N/A**

Blood Sugar _____ Ranges: _____ low to _____ high
☐ HYPERGLYCEMIA : GLUCOSURIA/POLYURIA/POLYDIPSIA
☐ HYPOGLYCEMIA : SWEATS/POLYPHAGIA/WEAK/FAINT/STUPOR
REVIEW OF FOOD EATEN WITHIN PAST 2 HOURS:

**INTEGUMENTARY ☐ N/A**

☐ PALE ☐ FLUSHED ☐ JAUNDICE ☐ WARM ☐ COOL ☐ DRY ☐ CLAMMY
☒ RASH ☐ HIVES ☒ ITCHING ☐ PETCHIAE ☐ PUSTULES/LESIONS
☐ HAIR LOSS ☐ TAUT SKIN burning
☒ SKIN DIAGRAM COMPLETED ON PAGE 1 Y ☐ N
☐ WOUND CHECKLIST HR400 IN PROGRESS

started x1 month – went away but came back

**MUSCULOSKELETAL ☒ N/A**

UPPER EXTREMITITES : EQUAL STRENGTH BILATERALLY ☐ Y ☐ N
IF NO EXPLAIN:
LOWER EXTREMITITES : EQUAL STRENGTH BILATERALLY ☐ Y ☐ N
IF NO EXPLAIN:
☐ LOSS OF ROM ☐ PARALYSIS ☐ HEMIPARESIS : L OR R (CIRCLE)
☐ CONTRACTURE(S):_______ ☐ STIFFNESS:_______
☐ DISCOLORATION:_______ ☐ SWELLING:_______
☐ JOINT WARMTH ☐ TENDERNESS ☐ FLANK PAIN (DOURINE DIP)
☐ DEFORMITY:_______ ☐ JOINT DISPLACEMENT:_______
HX OF AMPUTATION:_______
ABILITY TO AMBULATE: ☐ CANE ☐ WALKER ☐ CRUTCHES
☐ WHEELCHAIR BOUND
DEVICES: ☐ ORTHOTIC ☐ PROSTHETIC ☐ BRACE ☐ SPLINT

**GENITOURINARY ☒ N/A**

BLADDER: ☐ CONTINENT ☐ INCONTINENT ☐ FREQUENCY ☐ URGENCY
☐ PAIN ☐ ODOR ☐ BURNING ☐ RETENTION ☐ HESITANCY
☐ HEMATURIA ☐ URINE: COLOR_______ ☐ CLOUDY
OUTPUT: VOIDS ____X/DAY OR ____cc ☐ NOCTURIA X____
☐ PENILE/VAG DISCHARGE:_______ ☐ OTHER_______
CATHETER SIZE ___F___cc LAST CHANGED: _______(DATE)
GYN: LMP:_______ ☐ VAG.BLEEDING:_______ DESCRIBE
COMMENTS:

**EYES & EARS ☒ N/A** See skin diagram

EYES: SCLERA: ☐ WHITE ☐ YELLOW ☐ HEMORRHAGE ☐ OTHER_______
CONJUNCTIVA: ☐ DRY ☐ RED/IRRITATED
☐ DRAINAGE (DESCRIBE)_______
EARS: ☐ PAIN ☐ DRAINAGE (DESCRIBE)_______
☐ TYMPANE EXAMINED (FINDINGS):_______
☐ HEARING AIDS L / R
☐ HISTORY OF FREQUENT INFECTIONS OR TUBE PLACEMENT
COMMENTS:_______

**NOSE / MOUTH / THROAT ☒ N/A**

NOSE: ☐ NASAL BONE MALALIGNED/DISPLACED ☐ BLEEDING
☐ NARES PATENT ☐ OBSTRUCTED NARE L / R (CIRCLE)
☐ MUCUS MEMBRANES DRY
TEETH: ☐ NATURAL ☐ PARTIAL PLATE ☐ DENTURES UPPER/LOWER (CIRCLE)
☐ MISSING ☐ CARIES _______
GUMS: ☐ PINK ☐ INFLAMED ☐ BLEEDING ☐ SORES/LESIONS/PLAQUES
THROAT: ☐ TENDERNESS ON EXTERNAL PALPATION ☐ REDNESS
☐ TONSILLAR EXUDATE (DESCRIBE):_______
☐ PRESENCE OF LESIONS/PLAQUES/DISCOLORATION:_______

**PSYCHOSOCIAL ☒ N/A**

☐ DOES NOT MAINTAIN EYE CONTACT ☐ UNCOOPERATIVE
MOOD: ☐ ANGRY ☐ ELATED ☐ DEPRESSED
AFFECT: ☐ CONGRUOUS ☐ INCONGRUOUS
☐ EXPERIENCING HALLUCINATIONS (CIRCLE) AUDITORY VISUAL TACTILE
☐ VERBALIZING THOUGHTS OF HARMING SELF/OTHERS*
*NOTIFY SUPERVISOR/ON-CALL PSYCHIATRY IMMEDIATELY

**EDUCATION**

☒ REVIEWED MEDICATION/TREATMENT PLAN(S) WITH PATIENT
☐ EDUCATIONAL MATERIALS PROVIDED
☒ TEACHING COMPLETED: Hydration, cool compresses, Aveeno for comp
☒ VERBALIZES UNDERSTANDING ☐ REQUIRES F/U EDUCATION
☒ RETURN DEMONSTRATION BY PATIENT
☐ ADVISED TO RETURN TO CLINIC WITH ANY QUESTIONS/CONCERNS

NARRATIVE NOTES: I/M states "I have this rash". Pointed to affected areas as shown in skin diagram

**(A) ASSESSMENT / EVALUATION**

☐ PAIN (CIRCLE) ACUTE / CHRONIC
☒ IMPAIRED SKIN INTEGRITY A-3.12
☐ ALTERED MENTAL STATUS
☐ MEMORY IMPAIRED
☐ CONFUSION : (CIRCLE) ACUTE/CHRONIC
☐ INEFFECTIVE TISSUE PERFUSION
☐ CARDIAC OUTPUT DECREASED
☐ FLUID VOLUME (CIRCLE) : EXCESS/DEFICIT
☐ INEFFECTIVE BREATHING PATTERN
☐ AIRWAY CLEARANCE INEFFECTIVE
☐ IMPAIRED GAS EXCH.
☐ IMPAIRED TISSUE/SKIN INTEGRITY
☐ IMPAIRED (CIRCLE) URINARY / BOWEL ELIMIN.
☐ IMPAIRED PHYSICAL MOBILITY
☐ IMPAIRED DENTITION
☐ INEFFECTIVE COPING
☐ (CIRCLE) HOPELESSNESS/POWERLESSNESS
☐ SELF CARE DEFICIT
☐ INEFFECT. THERAPEUTIC REGIMEN MANAGE.
☐ INFECTION (RISK FOR)
☐ KNOWLEDGE DEFICIT (S)
☐ OTHER:_______

**(P) PLAN**

☐ UNABLE TO COMPLETE EVALUTION AT PRESENT LOCATION ADVISED PATIENT/OFFICER TO REPORT TO MEDICAL UNIT IMMEDIATELY
☒ NURSING PROTOCOL IMPLEMENTED (INDICATE WHICH PROTOCOL(S): A 3.12 dermatitis Hydrocortisone 0.5% cream
☐ IMMEDIATE ACTION REQUIRED:
ON- CALL MD NOTIFIED : (NAME OF MD)_______ TIME OF NOTIFICATION:_______
☐ SCHEDULED TO SEE MD URGENTLY WITHIN 8 HOURS ☐ SCHEDULED TO SEE MD WITHIN 72 HOURS
☐ PLACED ON MD SICK CALL LIST (FOR ROUTINE SICK CALL FOLLOW UP) scheduled
☒ ADVISED TO RETURN TO NURSE SICK CALL WITHIN PRN (CIRCLE) HOURS/DAYS/WEEKS APPT SLIP/PASS GIVEN: ☐ Y ☐ N
☐ CARE COORDINATION: ☐ COMMUNICATION SENT TO (CIRCLE) MD / NURSING SUPERVISOR / H.S.A. / PSYCHIATRY
COMMENTS:

SIGNATURE & PRINTED LAST NAME [signature] Huff (CIRCLE) (RN) / LPN DATE/TIME: 7/25/17 9:50 (AM)/PM

COSIGNATURE & PRINTED NAME OF RN IF NURSE IS LPN:_______ DATE/TIME ____/____ AM/PM

R401J 09/14
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

# PATIENT ENCOUNTER/NURSE SICK CALL

"S" section must be fully completed for all encounters

| INMATE NUMBER 302171 | DATE OF BIRTH 12/17/85 |
|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) DAVIS, MICHAEL | |
| SEX (M) F / RACE/ETHNIC (B) W H O | FACILITY OCI |

DATE/TIME: 7/5/17 / 1120 (AM)/PM

**(S) Chief Complaint:** " I still have a rash "

HT: 5'11 WT: 187.6 WT PRIOR:______ ☒ PROBLEM LIST REVIEWED ENCOUNTERED IN: ☐ HOUSING UNIT ☒ MEDICAL UNIT

| Vital Signs: | Abnormal | NOTIFY PRESCRIBER IMMEDIATELY IF: |
|---|---|---|
| T: 97.4 ☐ TYMP ☒ ORAL ☐ AX | | T ≥101 or ≤ 97 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| P: 59 ☒ REG ☒ STRONG | ☐ IRR ☐ WEAK ☐ THREADY ☐ BOUNDING ☐ OTHER:______ | P >100 OR < 60 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| R: 16 ☒ UNLABORED ☐ REGULAR ☐ SPUTUM CLEAR | ☐ LABORED ☐ SOB | R >22 OR <14 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| BP: ☐ STANDING ☒ SITTING | | B/P ≤ 100/70 OR ≥ 180/90 ORTHOSTATIC CHANGES OR FINDINGS ARE ... NORM FOR THE PATIENT |
| O2 SAT: 98% ☒ R/A ☐ O2 ___L | ≤ 90 % | PULSE OX IS ≤ 90 % |

**SKIN:**

DIAGRAM CODES: B-BURN C-CONTUSION D – DECUBITUS E-ERYTHEMA I-INCISION L-LACERATION P-PETECHIAE R-RASH S-SCAR T-TUBE OTHER:______

| Code | Location | LENGTH | WIDTH | DEPTH |
|---|---|---|---|---|
| R | multiple areas | ??? | | |
| | | | | |

PAIN LOCATION: ________ DURATION: ______ RANGE 0-10: ________

0 2 4 6 8 10

## (O) EVALUATION/OBSERVATION SIGNS/SYMPTOMS

### NEUROLOGICAL ☐ N/A

☒ ALERT ☒ ORIENTED (CIRCLE) (PERSON PLACE TIME)
☐ DISORIENTED ☐ SYNCOPE ☐ HEADACHE
GRASP: RIGHT/LEFT ☐ EQUAL ☐ UNEQUAL ☐ OTHER________
PUPILS: ☐ PERRLA ☐ R___mm to ___mm ☐ L___mm to ___mm
IMPAIRMENT: ☐ SPEECH ☐ HEARING ☐ VISUAL
☐ TREMORS ☐ NUMBNESS ☐ TINGLING ☐ VERTIGO/ATAXIA
☐ FALLS (EXPLAIN) ________
☒ BALANCE WNL ☐ UNSTEADY GAIT
☐ WEAKNESS (DESCRIBE) ________
☐ CHANGE IN ADL (EXPLAIN) ________
HX OF SEIZURES/STROKE/CVA/TIA: ☐ Y (DATE OF LAST)________

### RESPIRATORY ☒ N/A

☐ COUGH : ☐ PRODUCTIVE ☐ NON PRODUCTIVE
☐ HEMOPTYSIS ☐ PURULENT/+ODOR SPUTUM
☐ FREQUENCY ________ ☐ AMT ______ No SOB
☐ ABLE TO COUGH UP SECRETIONS No DIFF
☐ DYSPNEA/SOB ☐ FATIGUED BREATHING
☐ NASAL CONGESTION ☐ SINUS PAIN
☐ THROAT PAIN:________
LUNG SOUNDS:

| LUL | LLL | RUL | RLL | RML |
|---|---|---|---|---|
| clear → | | | | |

### CARDIOPULMONARY ☐ N/A

CHEST PAIN ☒ DENIES ☐ ANGINAL ☐ POSTURAL ☐ LOCALIZED
☐ SUBSTERNAL ☐ RADIATING ☐ DULL ☐ ACHING ☐ SHARP/STABBING
☐ VISELIKE ☐ OTHER:________
ASSOCIATED WITH: ☐ SOB ☐ ACTIVITY ☐ REST
FREQUENCY/DURATION:________
HEART SOUNDS: ☒ NORMAL ☒ REGULAR ☐ IRREGULAR
☐ ABNORMAL(EXPLAIN):________
☐ FATIGUED ☐ EDEMA ☐ PEDAL PULSE R:______ L:______ ☐ FAINT
☐ PITTING +1 / +2 / +3 / +4 ☐ NONPITTING SITE:________
☐ PACEMAKER/ICD :________(TYPE/DATE INSERTED)
☐ CAP REFILLS ☐ UE (CIRCLE) >3SEC / <3 SEC ☐ LE >3SEC / < 3SEC

### GASTROINTESTINAL / ABDOMINAL ☐ N/A

APPETITE ☐ GOOD ☒ FAIR ☐ POOR
WT LOSS ☐ YES ☒ NO
☐ ANOREXIA ☐ NAUSEA
☐ VOMITING ☐ DIARRHEA
☐ DIFFICULTY SWALLOWING
☐ LAST BM (DATE): 7/4/17
☐ DISTENTION ☐ GUARDING
☐ FLATULENCE ☐ INCONTINENCE
☐ BM DESCRIPTION:________
☐ BLOOD IN STOOL
☐ WITNESSED ☐ REPORTED BY PATIENT

BOWEL SOUNDS

| | |
|---|---|
| RUQ | Active |
| RLQ | ✓ |
| LUQ | |
| LLQ | |

### ENDOCRINE ☒ N/A

Blood Sugar ________ Ranges: ____ low to ______high
☐ HYPERGLYCEMIA : GLUCOSURIA/POLYURIA/POLYDIPSIA
☐ HYPOGLYCEMIA : SWEATS/POLYPHAGIA/WEAK/FAINT/STUPOR
REVIEW OF FOOD EATEN WITHIN PAST 2 HOURS:

### INTEGUMENTARY ☐ N/A

☐ PALE ☐ FLUSHED ☐ JAUNDICE ☐ WARM ☐ COOL ☐ DRY ☐ CLAMMY
☒ RASH ☐ HIVES ☐ ITCHING ☐ PETCHIAE ☐ PUSTULES/LESIONS
☐ HAIR LOSS ☐ TAUT SKIN
☐ SKIN DIAGRAM COMPLETED ON PAGE 1 ☒ Y ☐ N
☐ WOUND CHECKLIST HR400 IN PROGRESS

**MUSCULOSKELETAL ☐ N/A**

UPPER EXTREMITIES : EQUAL STRENGTH BILATERALLY ☑ Y ☐ N
IF NO EXPLAIN:
LOWER EXTREMITITES : EQUAL STRENGTH BILATERALLY ☑ Y ☐ N
IF NO EXPLAIN:
☐ LOSS OF ROM ☐ PARALYSIS ☐ HEMIPARESIS : L OR R (CIRCLE)
☐ CONTRACTURE(S): ☐ STIFFNESS:
☐ DISCOLORATION: ☐ SWELLING:
☐ JOINT WARMTH ☐ TENDERNESS ☐ FLANK PAIN (DO URINE DIP)
☐ DEFORMITY: ☐ JOINT DISPLACEMENT:
HX OF AMPUTATION:
ABILITY TO AMBULATE: ☐ CANE ☐ WALKER ☐ CRUTCHES
☐ WHEELCHAIR BOUND
DEVICES: ☐ ORTHOTIC ☐ PROSTHETIC ☐ BRACE ☐ SPLINT

**GENITOURINARY ☑ N/A**

BLADDER: ☑ CONTINENT ☐ INCONTINENT ☐ FREQUENCY ☐ URGENCY
☐ PAIN (☐ ODOR ☐ BURNING ☐ RETENTION ☐ HESITANCY
☐ HEMATURIA ☐ URINE: COLOR ☐ CLOUDY
OUTPUT: VOIDS ___X/DAY OR ___cc ☐ NOCTURIA X ___
☐ PENILE/VAG DISCHARGE: ☐ OTHER
CATHETER SIZE ___F___cc LAST CHANGED: ___(DATE)
GYN: LMP: ☐ VAG.BLEEDING: DESCRIBE
COMMENTS:

**EYES & EARS ☑ N/A**

EYES: SCLERA: ☐ WHITE ☐ YELLOW ☐ HEMORRHAGE ☐ OTHER
CONJUNCTIVA: ☐ DRY ☐ RED/IRRITATED
☐ DRAINAGE (DESCRIBE)
EARS: ☐ PAIN ☐ DRAINAGE (DESCRIBE)
☐ TYMPANE EXAMINED (FINDINGS):
☐ HEARING AIDS L / R
☐ HISTORY OF FREQUENT INFECTIONS OR TUBE PLACEMENT
COMMENTS:

**NOSE / MOUTH / THROAT ☑ N/A**

NOSE: ☐ NASAL BONE MALALIGNED/DISPLACED ☐ BLEEDING
☐ NARES PATENT ☐ OBSTRUCTED NARE L / R (CIRCLE)
☐ MUCUS MEMBRANES DRY
TEETH: ☐ NATURAL ☐ PARTIAL PLATE ☐ DENTURES UPPER/LOWER (CIRCLE)
☐ MISSING ☐ CARIES
GUMS: ☐ PINK ☐ INFLAMED ☐ BLEEDING ☐ SORES/LESIONS/PLAQUES
THROAT: ☐ TENDERNESS ON EXTERNAL PALPATION ☐ REDNESS
☐ TONSILLAR EXUDATE (DESCRIBE):
☐ PRESENCE OF LESIONS/PLAQUES/DISCOLORATION:

**PSYCHOSOCIAL ☑ N/A**

☐ DOES NOT MAINTAIN EYE CONTACT ☑ UNCOOPERATIVE
MOOD: ☐ ANGRY ☐ ELATED ☐ DEPRESSED
AFFECT: ☐ CONGRUOUS ☐ INCONGRUOUS
☐ EXPERIENCING HALLUCINATIONS (CIRCLE) AUDITORY VISUAL TACTILE
☐ VERBALIZING THOUGHTS OF HARMING SELF/OTHERS*
*NOTIFY SUPERVISOR/ON-CALL PSYCHIATRY IMMEDIATELY

**EDUCATION**

☑ REVIEWED MEDICATION/TREATMENT PLAN(S) WITH PATIENT
☑ EDUCATIONAL MATERIALS PROVIDED
☐ TEACHING COMPLETED:
☐ VERBALIZES UNDERSTANDING ☐ REQUIRES F/U EDUCATION
☐ RETURN DEMONSTRATION BY PATIENT
☐ ADVISED TO RETURN TO CLINIC WITH ANY QUESTIONS/CONCERNS

NARRATIVE NOTES: I/M TO ESC FOR ONGOING RASH/IRRITATION X 4-5 MONTHS. PER I/M, HAS USED ALL CREAMS/LOTIONS NO EFFECT. LOCATED ON UPPER TORSO, NECK, FACE. MULTIPLE AREAS. RASH COMES + GOES PER I/M. MINOR DISCOLORATION TO AREAS [illegible] ON EXAMINATION. I/M ON BENADRYL 50 BID. NO ISSUES W/ BREATHING. NO ADDITIONAL S/S. NO PAIN. NO SWELLING. I/M HAS

**(A) ASSESSMENT / (E) EVALUATION**

☐ PAIN (CIRCLE) ACUTE / CHRONIC
☑ IMPAIRED SKIN INTEGRITY
☐ ALTERED [illegible]
☐ MEMORY IMPAIRED
☐ CONFUSION : (CIRCLE) ACUTE/CHRONIC
☐ INEFFECTIVE TISSUE PERFUSION
☐ CARDIAC OUTPUT DECREASED
☐ FLUID VOLUME (CIRCLE) : EXCESS/DEFICIT

☐ INEFFECTIVE BREATHING PATTERN
☐ AIRWAY CLEARANCE INEFFECTIVE
☐ [illegible]
☐ IMPAIRED TISSUE/SKIN INTEGRITY
☐ IMPAIRED (CIRCLE) URINARY / BOWEL ELIMIN.
☐ IMPAIRED PHYSICAL MOBILITY
☐ IMPAIRED DENTITION

☐ INEFFECTIVE COPING
(CIRCLE) HOPELESSNESS/POWERLESSNESS [illegible]
☐ INEFFECT. THERAPEUTIC REGIMEN MANAGE.
☐ INFECTION (RISK FOR)
☐ KNOWLEDGE DEFICIT (S)
☐ OTHER:

**(P) PLAN**

☐ UNABLE TO COMPLETE EVALUTION AT PRESENT LOCATION ADVISED PATIENT/OFFICER TO REPORT TO MEDICAL UNIT IMMEDIATELY
☐ NURSING PROTOCOL IMPLEMENTED (INDICATE WHICH PROTOCOL(S):
☐ IMMEDIATE ACTION REQUIRED:
ON- CALL MD NOTIFIED : (NAME OF MD) TIME OF NOTIFICATION:
☐ SCHEDULED TO SEE MD URGENTLY WITHIN 8 HOURS ☐ SCHEDULED TO SEE MD WITHIN 72 HOURS
☐ PLACED ON MD SICK CALL LIST (FOR ROUTINE SICK CALL FOLLOW UP)
☑ ADVISED TO RETURN TO NURSE SICK CALL WITHIN PRN (CIRCLE) HOURS/DAYS/WEEKS APPT SLIP/PASS GIVEN: ☐ Y ☐ N
☐ CARE COORDINATION: ☐ COMMUNICATION SENT TO (CIRCLE) MD / NURSING SUPERVISOR / H.S.A. / PSYCHIATRY
COMMENTS: SCHEDULED FOR MD 7/12/17

SIGNATURE & PRINTED LAST NAME [signature] (CIRCLE) RN / LPN DATE/TIME: 7/5/17 1120 AM/PM

COSIGNATURE & PRINTED NAME OF RN IF NURSE IS LPN: DATE/TIME ___/___ AM/PM

HR401J 09/14
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

# PATIENT ENCOUNTER/NURSE SICK CALL

"S" section must be fully completed for all encounters

INMATE NUMBER: 302171 | DATE OF BIRTH: 12/17/85
INMATE NAME (LAST, FIRST, INITIAL): DAVIS, MICHAEL
SEX: M F | RACE/ETHNIC: B W H O | FACILITY: [illegible]

DATE/TIME: 9/27/17 1145 AM/PM

(S) Chief Complaint: " My eyes are irritated still "

HT:_____ WT:_____ WT PRIOR:_____ ☐ PROBLEM LIST REVIEWED ENCOUNTERED IN: ☐ HOUSING UNIT ☒ MEDICAL UNIT

| Vital Signs: | Abnormal | NOTIFY PRESCRIBER IMMEDIATELY IF: |
|---|---|---|
| T: 98.3 ☐ TYMP ☒ ORAL ☐ AX | | T ≥101 or ≤ 97 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| P: 80 ☒ REG ☐ STRONG | ☐ IRR ☐ WEAK ☐ THREADY ☐ BOUNDING ☐ OTHER:_____ | P >100 OR < 60 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| R: ☐ UNLABORED ☒ REGULAR ☐ [illegible] CLEAR | ☐ LABORED ☐ SHALLOW ☐ SOB | R >22 OR <14 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| BP: ☐ STANDING ☒ SITTING [illegible] | | B/P ≤ 100/70 OR ≥ 180/90 ORTHOSTATIC CHANGES OR FINDINGS ARE ... NORM FOR THE PATIENT |
| O2 SAT 99% ☒ R/A ☐ O2 ___L | ≤ 90 % | PULSE OX IS ≤ 90 % |

PAIN LOCATION: ________ DURATION:_____ RANGE 0-10:_____

SKIN:

DIAGRAM CODES: B-BURN C-CONTUSION D – DECUBITUS E-ERYTHEMA I-INCISION L-LACERATION P-PETECHIAE R-RASH S-SCAR T-TUBE

| Code | Location | LENGTH | WIDTH | |
|---|---|---|---|---|
| (R) | Surrounding skin R eye - swelling - drainage | | | |

Pain scale: 0 2 4 6 8 10

## (O) EVALUATION/OBSERVATION SIGNS/SYMPTOMS

**NEUROLOGICAL ☐ N/A**

☒ ALERT ☐ ORIENTED (CIRCLE) PERSON PLACE TIME — OX4 ø dizziness
☐ DISORIENTED ☐ SYNCOPE ☐ HEADACHE
GRASP: RIGHT/LEFT ☐ EQUAL ☐ UNEQUAL ☐ OTHER_____
PUPILS: ☐ PERRLA ☐ R___mm to ___mm ☐ L___mm to ___mm
IMPAIRMENT: ☐ SPEECH ☐ HEARING ☐ VISUAL
☐ TREMORS ☐ NUMBNESS ☐ TINGLING ☐ VERTIGO/ATAXIA
☐ FALLS (EXPLAIN) _____
☒ BALANCE WNL ☐ UNSTEADY GAIT
☐ WEAKNESS (DESCRIBE) _____
☐ CHANGE IN ADL (EXPLAIN)_____
HX OF SEIZURES/STROKE/CVA/TIA: ☐ Y (DATE OF LAST)_____

**RESPIRATORY ☒ N/A**

☐ COUGH : ☐ PRODUCTIVE ☐ NON PRODUCTIVE
☐ HEMOPTYSIS ☐ PURULENT/+ODOR SPUTUM
☐ FREQUENCY _____ ☐ AMT _____
☐ ABLE TO COUGH UP SECRETIONS
☐ DYSPNEA/SOB ☐ FATIGUED
☐ NASAL CONGESTION ☐ SINUS PAIN — ø SOB ø breathing issues
☐ THROAT PAIN:_____
LUNG SOUNDS:

| LUL | LLL | RUL | RLL | RML |
|---|---|---|---|---|
| CR | CR | CR | CR | CR |

**CARDIOPULMONARY ☒ N/A**

CHEST PAIN ☒ DENIES ☐ ANGINAL ☐ POSTURAL ☐ LOCALIZED — Denies chest pain
☐ SUBSTERNAL ☐ RADIATING ☐ DULL ☐ ACHING ☐ SHARP/STABBING
☐ VISELIKE ☐ OTHER:_____
ASSOCIATED WITH: ☐ SOB ☐ ACTIVITY ☐ REST
FREQUENCY/DURATION:_____
HEART SOUNDS: ☐ NORMAL ☐ REGULAR ☐ IRREGULAR
☐ ABNORMAL(EXPLAIN):_____
☐ FATIGUED ☐ EDEMA ☐ PEDAL PULSE R:_____ L:_____ ☐ FAINT
☐ PITTING +1 / +2 / +3 / +4 ☐ NONPITTING SITE:_____
☐ PACEMAKER/ICD :_____(TYPE/DATE INSERTED)
☐ CAP REFILLS ☐ UE (CIRCLE) >3SEC / <3 SEC ☐ LE >3SEC / < 3SEC

**GASTROINTESTINAL / ABDOMINAL ☐ N/A**

APPETITE ☒ GOOD ☐ FAIR ☐ POOR
WT LOSS ☐ YES ☒ NO
☐ ANOREXIA ☐ NAUSEA — ø N/V
☐ VOMITING ☐ DIARRHEA
☐ DIFFICULTY SWALLOWING
☐ LAST BM (DATE):_____
☐ DISTENTION ☐ GUARDING
☐ FLATULENCE ☐ INCONTINENCE
☐ BM DESCRIPTION:_____
☐ BLOOD IN STOOL
☐ WITNESSED ☐ REPORTED BY PATIENT

BOWEL SOUNDS

| | |
|---|---|
| RUQ | |
| RLQ | |
| LUQ | |
| LLQ | |

**ENDOCRINE ☒ N/A**

Blood Sugar _____ Ranges: _____ low to _____ high
☐ HYPERGLYCEMIA : GLUCOSURIA/POLYURIA/POLYDIPSIA
☐ HYPOGLYCEMIA : SWEATS/POLYPHAGIA/WEAK/FAINT/STUPOR
REVIEW OF FOOD EATEN WITHIN PAST 2 HOURS:

**INTEGUMENTARY ☐ N/A**

☐ PALE ☐ FLUSHED ☐ JAUNDICE ☐ WARM ☐ COOL ☐ DRY ☐ CLAMMY
☒ RASH ☐ HIVES ☐ ITCHING ☐ PETCHIAE ☐ PUSTULES/LESIONS
☒ HAIR LOSS ☐ TAUT SKIN
☒ SKIN DIAGRAM COMPLETED ON PAGE 1 ☐ Y ☐ N
☒ WOUND CHECKLIST HR400 IN PROGRESS

**MUSCULOSKELETAL ☒ N/A**

UPPER EXTREMITIES : EQUAL STRENGTH BILATERALLY ☒ Y ☐ N
IF NO EXPLAIN:
LOWER EXTREMITIES : EQUAL STRENGTH BILATERALLY ☒ Y ☐ N
IF NO EXPLAIN:
☐ LOSS OF ROM ☐ PARALYSIS ☐ HEMIPARESIS : L OR R (CIRCLE)
☐ CONTRACTURE(S): ☐ STIFFNESS:
☐ DISCOLORATION: ☐ SWELLING:
☐ JOINT WARMTH ☐ TENDERNESS ☐ FLANK PAIN (DO URINE DIP)
☐ DEFORMITY: ☐ JOINT DISPLACEMENT:
HX OF AMPUTATION:
ABILITY TO AMBULATE: ☐ CANE ☐ WALKER ☐ CRUTCHES
☐ WHEELCHAIR BOUND
DEVICES: ☐ ORTHOTIC ☐ PROSTHETIC ☐ BRACE ☐ SPLINT

**GENITOURINARY ☒ N/A**

BLADDER: ☒ CONTINENT ☐ INCONTINENT ☐ FREQUENCY ☐ URGENCY
☐ PAIN ☐ ODOR ☐ BURNING ☐ RETENTION ☐ HESITANCY
☐ HEMATURIA ☐ URINE: COLOR ☐ CLOUDY
OUTPUT: VOIDS ____X/DAY OR _____cc ☐ NOCTURIA X ____
☐ PENILE/VAG DISCHARGE: ☐ OTHER
CATHETER SIZE ___F___cc LAST CHANGED: ____________(DATE)
GYN: LMP: ☐ VAG.BLEEDING: DESCRIBE
COMMENTS:

**EYES & EARS: ☐ N/A**

EYES: SCLERA: ☒ WHITE ☐ YELLOW ☐ HEMORRHAGE ☐ OTHER
CONJUNCTIVA: ☒ DRY ☐ RED/IRRITATED
☐ DRAINAGE (DESCRIBE) NA
EARS: ☐ PAIN ☐ DRAINAGE (DESCRIBE) Denies
☐ TYMPANE EXAMINED (FINDINGS):
☐ HEARING AIDS L / R
☐ HISTORY OF FREQUENT INFECTIONS OR TUBE PLACEMENT
COMMENTS:

**NOSE / MOUTH / THROAT ☒ N/A**

NOSE: ☐ NASAL BONE MALALIGNED/DISPLACED ☐ BLEEDING
☐ NARES PATENT ☐ OBSTRUCTED NARE L / R (CIRCLE)
☐ MUCUS MEMBRANES DRY
TEETH: ☐ NATURAL ☐ PARTIAL PLATE ☐ DENTURES UPPER/LOWER (CIRCLE)
☐ MISSING ☐ CARIES
GUMS: ☐ PINK ☐ INFLAMED ☐ BLEEDING ☐ SORES/LESIONS/PLAQUES
THROAT: ☐ TENDERNESS ON EXTERNAL PALPATION ☐ REDNESS
☐ TONSILLAR EXUDATE (DESCRIBE): Ø sore throat
☐ PRESENCE OF LESIONS/PLAQUES/DISCOLORATION:

**PSYCHOSOCIAL ☒ N/A**

☐ DOES NOT MAINTAIN EYE CONTACT ☐ UNCOOPERATIVE
MOOD: ☐ ANGRY ☐ ELATED ☐ DEPRESSED
AFFECT: ☐ CONGRUOUS ☐ INCONGRUOUS
☐ EXPERIENCING HALLUCINATIONS (CIRCLE) AUDITORY VISUAL TACTILE
☐ VERBALIZING THOUGHTS OF HARMING SELF/OTHERS*
*NOTIFY SUPERVISOR/ON-CALL PSYCHIATRY IMMEDIATELY

**EDUCATION**

☒ REVIEWED MEDICATION/TREATMENT PLAN(S) WITH PATIENT
☒ EDUCATIONAL MATERIALS PROVIDED
☒ TEACHING COMPLETED:
☐ VERBALIZES UNDERSTANDING ☐ REQUIRES F/U EDUCATION
☐ RETURN DEMONSTRATION BY PATIENT
☐ ADVISED TO RETURN TO CLINIC WITH ANY QUESTIONS/CONCERNS

ESL NARRATIVE NOTES: IM tx Rm c/o irritation to skin surrounding Ⓡ eye — Ø Δ to area as per notation 5/26/17 — cont c irritated appearance Ø swelling, Ø S/S infection, red — Ø appearance blisters or papules Ⓟ stinging, Ø itching — IM instructed to keep area clean / dry + do not [illegible] — IM stating "I put vitamin E on it" — [illegible] vitals ✓

**(A) ASSESSMENT / (E) EVALUATION**

☐ PAIN (CIRCLE) ACUTE / CHRONIC
☐ IMPAIRED SKIN INTEGRITY
☐ ALTERED NUTRITIONAL STATUS
☐ MEMORY IMPAIRED
☐ CONFUSION : (CIRCLE) ACUTE/CHRONIC
☐ INEFFECTIVE TISSUE PERFUSION
☐ CARDIAC OUTPUT DECREASED
☐ FLUID VOLUME (CIRCLE) : EXCESS/DEFICIT
☐ INEFFECTIVE BREATHING PATTERN
☐ AIRWAY CLEARANCE INEFFECTIVE
☐ IMPAIRED GAS EXCHANGE
☐ IMPAIRED TISSUE/SKIN INTEGRITY
☐ IMPAIRED (CIRCLE) URINARY / BOWEL ELIMIN.
☐ IMPAIRED PHYSICAL MOBILITY
☐ IMPAIRED DENTITION
☐ INEFFECTIVE COPING
☐ (CIRCLE) HOPELESSNESS / POWERLESSNESS
☐ SELF CARE DEFICIT
☐ INEFFECT. THERAPEUTIC REGIMEN MANAGE.
☐ INFECTION (RISK FOR)
☐ KNOWLEDGE DEFICIT (S)
☐ OTHER:

(w/ VBP) RE-CHECK

**(P) PLAN**

☐ UNABLE TO COMPLETE EVALUTION AT PRESENT LOCATION ADVISED PATIENT/OFFICER TO REPORT TO MEDICAL UNIT IMMEDIATELY
☐ NURSING PROTOCOL IMPLEMENTED (INDICATE WHICH PROTOCOL(S): A3.12
☐ IMMEDIATE ACTION REQUIRED:
ON- CALL MD NOTIFIED : (NAME OF MD) TIME OF NOTIFICATION:
☐ SCHEDULED TO SEE MD URGENTLY WITHIN 8 HOURS ☐ SCHEDULED TO SEE MD WITHIN 72 HOURS
☐ PLACED ON MD SICK CALL LIST (FOR ROUTINE SICK CALL FOLLOW UP)
☐ ADVISED TO RETURN TO NURSE SICK CALL WITHIN X (CIRCLE) HOURS/DAYS/WEEKS APPT SLIP/PASS GIVEN: ☒ Y ☐ N
☐ CARE COORDINATION: ☐ COMMUNICATION SENT TO (CIRCLE) MD / NURSING SUPERVISOR / H.S.A. / PSYCHIATRY
COMMENTS: per policy unable to use calamine/HC cream — on call notified possible Benadryl x1 order — cool washcloths to area — supplies given ↑ PO fluids

SIGNATURE & PRINTED LAST NAME T Doyle (CIRCLE) RN / LPN DATE/TIME 5/27/17 1210 AM/PM

COSIGNATURE & PRINTED NAME OF RN IF NURSE IS LPN: DATE/TIME / AM/PM

pass recheck vitals today given
IM verbalized [illegible]

ESC

HR401J 09/14
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

# PATIENT ENCOUNTER/NURSE SICK CALL

"S" section must be fully completed for all encounters

| INMATE NUMBER 302171 | | DATE OF BIRTH 12/17/85 |
|---|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) DAVIS | | |
| SEX M F | RACE/ETHNIC B W H O | FACILITY Osb |

DATE/TIME: 12/26/14 1130 AM/PM

(S) Chief Complaint: "I've got this rash"

HT:____ WT:_____ WT PRIOR:_____ ☐ PROBLEM LIST REVIEWED ENCOUNTERED IN: ☐ HOUSING UNIT ☐ MEDICAL UNIT

| Vital Signs: | Abnormal | NOTIFY PRESCRIBER IMMEDIATELY IF: |
|---|---|---|
| T: 97.4 ☐ TYMP ☐ ORAL ☐ AX | | T ≥101 or ≤ 97 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| P: 108 ☐ REG ☐ STRONG | ☐ IRR ☐ WEAK ☐ THREADY ☐ BOUNDING ☐ OTHER:_____ | P >100 OR < 60 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| R: 18 ☐ UNLABORED ☐ REGULAR ☐ SPUTUM CLEAR | ☐ LABORED ☐ SOB | R >22 OR <14 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| BP: ☐ STANDING ☐ SITTING 140/83 | | B/P ≤ 100/70 OR ≥ 180/90 ORTHOSTATIC CHANGES OR FINDINGS ARE ... EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| O2 SAT: 98% ☐ R/A ☐ O2___L | ≤ 90 % | PULSE OX IS ≤ 90 % |

SKIN:

DIAGRAM CODES: B-BURN C-CONTUSION D – DECUBITUS E-ERYTHEMA I-INCISION L-LACERATION P-PETECHIAE R-RASH S-SCAR T-TUBE OTHER:_____

| Code | Location | LENGTH | WIDTH | DEPTH |
|---|---|---|---|---|
| Bilat ↑ | inside arms | | | |
| | + Feet | | | |

PAIN LOCATION: Arms DURATION: / RANGE 0-10: /

0 2 4 6 8 10

## (O) EVALUATION/OBSERVATION SIGNS/SYMPTOMS

### NEUROLOGICAL ☐ N/A

☒ ALERT ☐ ORIENTED (CIRCLE) PERSON PLACE TIME
☐ DISORIENTED ☐ SYNCOPE ☐ HEADACHE
GRASP: RIGHT/LEFT ☐ EQUAL ☐ UNEQUAL ☐ OTHER________
PUPILS: ☐ PERRLA ☐ R___mm to ___mm ☐ L___mm to ___mm
IMPAIRMENT: ☐ SPEECH ☐ HEARING ☐ VISUAL
☐ TREMORS ☐ NUMBNESS ☐ TINGLING ☐ VERTIGO/ATAXIA
☐ FALLS (EXPLAIN) ________
☐ BALANCE WNL ☐ UNSTEADY GAIT
☐ WEAKNESS (DESCRIBE) ________
☐ CHANGE IN ADL (EXPLAIN)________
HX OF SEIZURES/STROKE/CVA/TIA: ☐ Y (DATE OF LAST)________

### RESPIRATORY ☒ N/A

☐ COUGH : ☐ PRODUCTIVE ☐ NON PRODUCTIVE
☐ HEMOPTYSIS ☐ PURULENT/+ODOR SPUTUM
☐ FREQUENCY ________ ☐ AMT ______
☐ ABLE TO COUGH UP SECRETIONS
☐ DYSPNEA/SOB ☐ FATIGUED
☐ NASAL CONGESTION ☐ SINUS PAIN
☐ THROAT PAIN:________
LUNG SOUNDS:

| LUL | LLL | RUL | RLL | RML |
|---|---|---|---|---|
| | | | | |

### CARDIOPULMONARY ☒ N/A

CHEST PAIN ☒ DENIES ☐ ANGINAL ☐ POSTURAL ☐ LOCALIZED
☐ SUBSTERNAL ☐ RADIATING ☐ DULL ☐ ACHING ☐ SHARP/STABBING
☐ VISELIKE ☐ OTHER:________
ASSOCIATED WITH: ☐ SOB ☐ ACTIVITY ☐ REST
FREQUENCY/DURATION:________
HEART SOUNDS: ☐ NORMAL ☐ REGULAR ☐ IRREGULAR
☐ ABNORMAL(EXPLAIN):________
☐ FATIGUED ☐ EDEMA ☐ PEDAL PULSE R:_____ L:_____ ☐ FAINT
☐ PITTING +1 / +2 / +3 / +4 ☐ NONPITTING SITE:________
☐ PACEMAKER/ICD :________(TYPE/DATE INSERTED)
☐ CAP REFILLS ☐ UE (CIRCLE) >3SEC / <3 SEC ☐ LE >3SEC / < 3SEC

### GASTROINTESTINAL / ABDOMINAL ☒ N/A

APPETITE ☒ GOOD ☐ FAIR ☐ POOR
WT LOSS ☐ YES ☐ NO
☐ ANOREXIA ☐ NAUSEA
☐ VOMITING ☐ DIARRHEA
☐ DIFFICULTY SWALLOWING
☐ LAST BM (DATE):________
☐ DISTENTION ☐ GUARDING
☐ FLATULENCE ☐ INCONTINENCE
☐ BM DESCRIPTION:________
☐ BLOOD IN STOOL
☐ WITNESSED ☐ REPORTED BY PATIENT

Onv

BOWEL SOUNDS

| RUQ | |
|---|---|
| RLQ | |
| LUQ | |
| LLQ | |

### ENDOCRINE ☒ N/A

Blood Sugar ________ Ranges: ____low to____high
☐ HYPERGLYCEMIA : GLUCOSURIA/POLYURIA/POLYDIPSIA
☐ HYPOGLYCEMIA : SWEATS/POLYPHAGIA/WEAK/FAINT/STUPOR
REVIEW OF FOOD EATEN WITHIN PAST 2 HOURS:
________

### INTEGUMENTARY ☐ N/A

☐ PALE ☐ FLUSHED ☐ JAUNDICE ☐ WARM ☐ COOL ☐ DRY ☐ CLAMMY
☐ RASH ☐ HIVES ☐ ITCHING ☐ PETCHIAE ☐ PUSTULES/LESIONS
☐ HAIR LOSS ☐ TAUT SKIN
☒ SKIN DIAGRAM COMPLETED ON PAGE 1 ☐ Y ☐ N
☒ WOUND CHECKLIST HR400 IN PROGRESS

**MUSCULOSKELETAL ☒ N/A**

UPPER EXTREMITIES : EQUAL STRENGTH BILATERALLY □ Y □ N
IF NO EXPLAIN:
LOWER EXTREMITIES : EQUAL STRENGTH BILATERALLY □ Y □ N
IF NO EXPLAIN:
□ LOSS OF ROM □ PARALYSIS □ HEMIPARESIS : L OR R (CIRCLE)
□ CONTRACTURE(S): □ STIFFNESS:
□ DISCOLORATION: □ SWELLING:
□ JOINT WARMTH □ TENDERNESS □ FLANK PAIN (DO URINE DIP)
□ DEFORMITY: □ JOINT DISPLACEMENT:
HX OF AMPUTATION:
ABILITY TO AMBULATE: □ CANE □ WALKER □ CRUTCHES
□ WHEELCHAIR BOUND
DEVICES: □ ORTHOTIC □ PROSTHETIC □ BRACE □ SPLINT

**GENITOURINARY ☒ N/A**

BLADDER: □ CONTINENT □ INCONTINENT □ FREQUENCY □ URGENCY
□ PAIN (□ ODOR □ BURNING □ RETENTION □ HESITANCY
□ HEMATURIA □ URINE: COLOR □ CLOUDY
OUTPUT: VOIDS ____X/DAY OR _____cc □ NOCTURIA X _____
□ PENILE/VAG DISCHARGE: □ OTHER
CATHETER SIZE ___F___cc LAST CHANGED: (DATE)
GYN: LMP: □ VAG.BLEEDING: DESCRIBE
COMMENTS:

**EYES & EARS ☒ N/A**

EYES: SCLERA: □ WHITE □ YELLOW □ HEMORRAHGE □ OTHER
CONJUNCTIVA: □ DRY □ RED/IRRITATED
□ DRAINAGE (DESCRIBE)
EARS: □ PAIN □ DRAINAGE (DESCRIBE)
□ TYMPANE EXAMINED (FINDINGS):
□ HEARING AIDS L / R
□ HISTORY OF FREQUENT INFECTIONS OR TUBE PLACEMENT
COMMENTS:

**NOSE / MOUTH / THROAT ☒ N/A**

NOSE: □ NASAL BONE MALALIGNED/DISPLACED □ BLEEDING
□ NARES PATENT □ OBSTRUCTED NARE L / R (CIRCLE)
□ MUCUS MEMBRANES DRY
TEETH: □ NATURAL □ PARTIAL PLATE □ DENTURES UPPER/LOWER (CIRCLE)
□ MISSING □ CARIES
GUMS: □ PINK □ INFLAMED □ BLEEDING □ SORES/LESIONS/PLAQUES
THROAT: □ TENDERNESS ON EXTERNAL PALPATION □ REDNESS
□ TONSILLAR EXUDATE (DESCRIBE):
□ PRESENCE OF LESIONS/PLAQUES/DISCOLORATION:

**PSYCHOSOCIAL ☒ N/A**

□ DOES NOT MAINTAIN EYE CONTACT □ UNCOOPERATIVE
MOOD: □ ANGRY □ ELATED □ DEPRESSED
AFFECT: □ CONGRUOUS □ INCONGRUOUS
□ EXPERIENCING HALLUCINATIONS (CIRCLE) AUDITORY VISUAL TACTILE
□ VERBALIZING THOUGHTS OF HARMING SELF/OTHERS*
*NOTIFY SUPERVISOR/ON-CALL PSYCHIATRY IMMEDIATELY

**EDUCATION**

☒ REVIEWED MEDICATION/TREATMENT PLAN(S) WITH PATIENT
☒ EDUCATIONAL MATERIALS PROVIDED
☒ TEACHING COMPLETED:
☒ VERBALIZES UNDERSTANDING □ REQUIRES F/U EDUCATION
☒ RETURN DEMONSTRATION BY PATIENT
□ ADVISED TO RETURN TO CLINIC WITH ANY QUESTIONS/CONCERNS

NARRATIVE NOTES: I/M ESC C/O bilateral leg rash, noted both areas dry, diffused red, very sm bumps - ⊕ itching - ⊖ S/S infection, ⊖ drainage, VSS, NAD,

☒ IMPAIRED SKIN INTEGRITY
□ ALTERED MENTAL STATUS
□ MEMORY IMPAIRED
□ [illegible] (CIRCLE)
□ INEFFECTIVE TISSUE PERFUSION
□ CARDIAC OUTPUT DECREASED
□ FLUID VOLUME (CIRCLE) : EXCESS/DEFICIT

□ INEFFECTIVE BREATHING PATTERN
□ AIRWAY CLEARANCE INEFFECTIVE
□ IMPAIRED GAS EXCHANGE
□ IMPAIRED TISSUE INTEGRITY
□ IMPAIRED (C[illegible])
□ IMPAIRED PHYSICAL MOBILITY
□ IMPAIRED DENTITION

□ INEFFECTIVE COPING
□ (CIRCLE) HOPELESSNESS/POWERLESSNESS
□ SELF CARE DEFICIT
□ INEFFECTIVE THERAPEUTIC REGIMEN MANAGE.
□ INEF[illegible]
□ KNOWLEDGE DEFICIT (S)
□ OTHER:

**(P) PLAN**

□ UNABLE TO COMPLETE EVALUTION AT PRESENT LOCATION ADVISED PATIENT/OFFICER TO REPORT TO MEDICAL UNIT IMMEDIATELY
□ NURSING PROTOCOL IMPLEMENTED (INDICATE WHICH PROTOCOL(S): A3.12
□ IMMEDIATE ACTION REQUIRED:
ON- CALL MD NOTIFIED : (NAME OF MD) TIME OF NOTIFICATION:
□ SCHEDULED TO SEE MD URGENTLY WITHIN 8 HOURS □ SCHEDULED TO SEE MD WITHIN 72 HOURS
□ PLACED ON MD SICK CALL LIST (FOR ROUTINE SICK CALL FOLLOW UP)
□ ADVISED TO RETURN TO NURSE SICK CALL WITHIN PRN (CIRCLE) HOURS/DAYS/WEEKS APPT SLIP/PASS GIVEN: □ Y ☒ N
□ CARE COORDINATION: □ COMMUNICATION SENT TO (CIRCLE) MD / NURSING SUPERVISOR / H.S.A. / PSYCHIATRY
COMMENTS: Hydrocortisone given c̄ instructions - handout given rashes, RTC medical PRN

SIGNATURE & PRINTED LAST NAME [signature] (CIRCLE) RN / LPN DATE/TIME: 12/28/16 1145 AM/PM

COSIGNATURE & PRINTED NAME OF RN IF NURSE IS LPN: DATE/TIME / AM/PM

HR401J 09/14
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

# PATIENT ENCOUNTER/NURSE SICK CALL

~~"S" section must be fully completed for all encounters~~

| INMATE NUMBER 302171 | | DATE OF BIRTH 12/17/85 |
|---|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Davis, Michael | | |
| SEX (M) F | RACE/ETHNIC (B) W H O | FACILITY OCI |

DATE/TIME: 11/5/16 / 910 (AM)/PM

**(S) Chief Complaint**: " My skin is itching "

HT: 5'11" WT: 216 WT PRIOR:______ ☐ PROBLEM LIST REVIEWED ENCOUNTERED IN: ☐ HOUSING UNIT ☑ MEDICAL UNIT

| Vital Signs: | Abnormal | NOTIFY PRESCRIBER IMMEDIATELY IF: |
|---|---|---|
| T: 97.5 ☐ TYMP ☑ ORAL ☐ AX | | T ≥101 or ≤ 97 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE. EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| P: 78 ☑ REG ☐ STRONG | ☐ IRR ☐ WEAK ☐ THREADY ☐ BOUNDING ☐ OTHER:______ | P >100 OR < 60 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE. EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| R: 16 ☐ UNLABORED ☐ REGULAR ☐ SPUTUM CLEAR | ☐ LABORED ☐ SHALLOW ☐ SOB | R >22 OR <14 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE. EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| BP: 104/100 ☐ STANDING | | B/P ≤ 100/70 OR ≥ 180/90 ... EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| O2 SAT: 97 ☑ R/A ☐ 02 ___L | ≤ 90 % | PULSE OX IS ≤ 90 % |

**SKIN:**

DIAGRAM CODES: B-BURN C-CONTUSION
D – DECUBITUS E-ERYTHEMA I-INCISION
L-LACERATION P-PETECHIAE R-RASH S-SCAR T-TUBE

| Code | Location | LENGTH | WIDTH | DEPTH |
|---|---|---|---|---|
| R | neckline | | | |
| | | | | |
| | | | | |

PAIN LOCATION: N/A DURATION: N/A RANGE 0-10: N/A

## (O) EVALUATION/OBSERVATION SIGNS/SYMPTOMS

**NEUROLOGICAL ☑ N/A**

☐ ALERT ☐ ORIENTED (CIRCLE) PERSON PLACE TIME
☐ DISORIENTED ☐ SYNCOPE ☐ HEADACHE
GRASP: RIGHT/LEFT ☐ EQUAL ☐ UNEQUAL ☐ OTHER________
PUPILS: ☐ PERRLA ☐ R___mm to ___mm ☐ L___mm to ___mm
IMPAIRMENT: ☐ SPEECH ☐ HEARING ☐ VISUAL
☐ TREMORS ☐ NUMBNESS ☐ TINGLING ☐ VERTIGO/ATAXIA
☐ FALLS (EXPLAIN) ________
☐ BALANCE WNL ☐ UNSTEADY GAIT
☐ WEAKNESS (DESCRIBE) ________
☐ CHANGE IN ADL (EXPLAIN) ________
HX OF SEIZURES/STROKE/CVA/TIA: ☐ Y (DATE OF LAST)________

**RESPIRATORY ☑ N/A**

☐ COUGH : ☐ PRODUCTIVE ☐ NON PRODUCTIVE
☐ HEMOPTYSIS ☐ PURULENT/+ODOR SPUTUM
☐ FREQUENCY ________ ☐ AMT ________
☐ ABLE TO COUGH UP SECRETIONS
☐ DYSPNEA/SOB ☐ FATIGUED
☐ NASAL CONGESTION ☐ SINUS PAIN
☐ THROAT PAIN:________
LUNG SOUNDS:

| LUL | LLL | RUL | RLL | RML |
|---|---|---|---|---|
| | | | | |

**CARDIOPULMONARY ☑ N/A**

CHEST PAIN ☐ DENIES ☐ ANGINAL ☐ POSTURAL ☐ LOCALIZED
☐ SUBSTERNAL ☐ RADIATING ☐ DULL ☐ ACHING ☐ SHARP/STABBING
☐ VISELIKE ☐ OTHER:________
ASSOCIATED WITH: ☐ SOB ☐ ACTIVITY ☐ REST
FREQUENCY/DURATION:________
HEART SOUNDS: ☐ NORMAL ☐ REGULAR ☐ IRREGULAR
☐ ABNORMAL(EXPLAIN):________
☐ FATIGUED ☐ EDEMA ☐ PEDAL PULSE R:______ L:______ ☐ FAINT
☐ PITTING +1 / +2 / +3 / +4 ☐ NONPITTING SITE:________
☐ PACEMAKER/ICD :________(TYPE/DATE INSERTED)
☐ CAP REFILLS ☐ UE (CIRCLE) >3SEC / <3 SEC ☐ LE >3SEC / < 3SEC

**GASTROINTESTINAL / ABDOMINAL ☑ N/A**

APPETITE ☐ GOOD ☐ FAIR ☐ POOR
WT LOSS ☐ YES ☐ NO
☐ ANOREXIA ☐ NAUSEA
☐ VOMITING ☐ DIARRHEA
☐ DIFFICULTY SWALLOWING
☐ LAST BM (DATE):________
☐ DISTENTION ☐ GUARDING
☐ FLATULENCE ☐ INCONTINENCE
☐ BM DESCRIPTION:________
☐ BLOOD IN STOOL
☐ WITNESSED ☐ REPORTED BY PATIENT

BOWEL SOUNDS

| | |
|---|---|
| RUQ | |
| RLQ | |
| LUQ | |
| LLQ | |

**ENDOCRINE ☑ N/A**

Blood Sugar ________ Ranges: _____low to ______high
☐ HYPERGLYCEMIA : GLUCOSURIA/POLYURIA/POLYDIPSIA
☐ HYPOGLYCEMIA : SWEATS/POLYPHAGIA/WEAK/FAINT/STUPOR
REVIEW OF FOOD EATEN WITHIN PAST 2 HOURS:

**INTEGUMENTARY ☐ N/A**

~~☐ PALE~~ ☐ FLUSHED ☐ JAUNDICE ☑ WARM ☐ COOL ☐ DRY ☐ CLAMMY
☑ RASH ☐ HIVES ☐ ITCHING ☐ PETCHIAE ☐ PUSTULES/LESIONS
☐ HAIR LOSS ☐ TAUT SKIN
☐ SKIN DIAGRAM COMPLETED ON PAGE 1 ☑ Y ☐ N
☐ WOUND CHECKLIST HR400 IN PROGRESS

**MUSCULOSKELETAL ☑ N/A**

UPPER EXTREMITITES : EQUAL STRENGTH BILATERALLY □ Y □ N
IF NO EXPLAIN:
LOWER EXTREMITITES : EQUAL STRENGTH BILATERALLY □ Y □ N
IF NO EXPLAIN:
□ LOSS OF ROM □ PARALYSIS □ HEMIPARESIS : L OR R (CIRCLE)
□ CONTRACTURE(S): □ STIFFNESS:
□ DISCOLORATION: □ SWELLING:
□ JOINT WARMTH □ TENDERNESS □ FLANK PAIN (DO URINE DIP)
□ DEFORMITY: □ JOINT DISPLACEMENT:
HX OF AMPUTATION:
ABILITY TO AMBULATE: □ CANE □ WALKER □ CRUTCHES
□ WHEELCHAIR BOUND
DEVICES: □ ORTHOTIC □ PROSTHETIC □ BRACE □ SPLINT

**GENITOURINARY ☑ N/A**

BLADDER: □ CONTINENT □ INCONTINENT □ FREQUENCY □ URGENCY
□ PAIN (□ ODOR □ BURNING □ RETENTION □ HESITANCY
□ HEMATURIA □ URINE: COLOR □ CLOUDY
OUTPUT: VOIDS ____X/DAY OR ____cc □ NOCTURIA X ____
□ PENILE/VAG DISCHARGE: □ OTHER
CATHETER SIZE ___F___cc LAST CHANGED: (DATE)
GYN: LMP: □ VAG.BLEEDING: DESCRIBE
COMMENTS:

**EYES & EARS ☑ N/A**

EYES: SCLERA: □ WHITE □ YELLOW □ HEMORRAHGE □ OTHER
CONJUNCTIVA: □ DRY □ RED/IRRITATED
□ DRAINAGE (DESCRIBE)
EARS: □ PAIN □ DRAINAGE (DESCRIBE)
□ TYMPANE EXAMINED (FINDINGS):
□ HEARING AIDS L / R
□ HISTORY OF FREQUENT INFECTIONS OR TUBE PLACEMENT
COMMENTS:

**NOSE / MOUTH / THROAT ☑ N/A**

NOSE: □ NASAL BONE MALALIGNED/DISPLACED □ BLEEDING
□ NARES PATENT □ OBSTRUCTED NARE L / R (CIRCLE)
□ MUCUS MEMBRANES DRY
TEETH: □ NATURAL □ PARTIAL PLATE □ DENTURES UPPER/LOWER (CIRCLE)
□ MISSING □ CARIES
GUMS: □ PINK □ INFLAMED □ BLEEDING □ SORES/LESIONS/PLAQUES
THROAT: □ TENDERNESS ON EXTERNAL PALPATION □ REDNESS
□ TONSILLAR EXUDATE (DESCRIBE):
□ PRESENCE OF LESIONS/PLAQUES/DISCOLORATION:

**PSYCHOSOCIAL ☑ N/A**

□ DOES NOT MAINTAIN EYE CONTACT □ UNCOOPERATIVE
MOOD: □ ANGRY □ ELATED □ DEPRESSED
AFFECT: □ CONGRUOUS □ INCONGRUOUS
□ EXPERIENCING HALLUCINATIONS (CIRCLE) AUDITORY VISUAL TACTILE
□ VERBALIZING THOUGHTS OF HARMING SELF/OTHERS*
*NOTIFY SUPERVISOR/ON-CALL PSYCHIATRY IMMEDIATELY

**EDUCATION**

□ REVIEWED MEDICATION/TREATMENT PLAN(S) WITH PATIENT
□ EDUCATIONAL MATERIALS PROVIDED
☑ TEACHING COMPLETED: Medication instruction
☑ VERBALIZES UNDERSTANDING □ REQUIRES F/U EDUCATION
□ RETURN DEMONSTRATION BY PATIENT
☑ ADVISED TO RETURN TO CLINIC WITH ANY QUESTIONS/CONCERNS

NARRATIVE NOTES: I/M to NSC w/ c/o "i've got itchy skin". I/M has raised/reddened rash @ neckline. c/o itchyness on face as well, & noted irritation to face. States rash is itchy. Hydrocortisone cream given per NSG protocol w/ instruction.

☑ IMPAIRED SKIN INTEGRITY
□ ALTERED MENTAL STATUS
□ MEMORY IMPAIRED
□ PAIN ACUTE/CHRONIC
□ INEFFECTIVE TISSUE PERFUSION
□ CARDIAC OUTPUT DECREASED
□ FLUID VOLUME (CIRCLE) : EXCESS/DEFICIT

□ AIRWAY CLEARANCE INEFFECTIVE
□ IMPAIRED GAS EXCHANGE
□ IMPAIRED TISSUE/SKIN INTEGRITY
□ IMPAIRED URINARY
□ IMPAIRED PHYSICAL MOBILITY
□ IMPAIRED DENTITION

□ INEFFECTIVE COPING
□ (CIRCLE) HOPELESSNESS/POWERLESSNESS
□ SELF CARE DEFICIT
□ INEFFECT. THERAPEUTIC REGIMEN MANAGE.
□ RISK FOR
□ KNOWLEDGE DEFICIT (S)
□ OTHER:

**(P) PLAN**

□ UNABLE TO COMPLETE EVALUTION AT PRESENT LOCATION ADVISED PATIENT/OFFICER TO REPORT TO MEDICAL UNIT IMMEDIATELY
☑ NURSING PROTOCOL IMPLEMENTED (INDICATE WHICH PROTOCOL(S): Rash - hydrocortisone cream
□ IMMEDIATE ACTION REQUIRED:
ON- CALL MD NOTIFIED : (NAME OF MD) TIME OF NOTIFICATION:
□ SCHEDULED TO SEE MD URGENTLY WITHIN 8 HOURS □ SCHEDULED TO SEE MD WITHIN 72 HOURS
□ PLACED ON MD SICK CALL LIST (FOR ROUTINE SICK CALL FOLLOW UP)
☑ ADVISED TO RETURN TO NURSE SICK CALL WITHIN PRN (CIRCLE) HOURS/DAYS/WEEKS APPT SLIP/PASS GIVEN: □ Y □ N
□ CARE COORDINATION: □ COMMUNICATION SENT TO (CIRCLE) MD / NURSING SUPERVISOR / H.S.A. / PSYCHIATRY
COMMENTS:

SIGNATURE & PRINTED LAST NAME [signature] (CIRCLE) RN / LPN DATE/TIME: 11/5/16 930 AM/PM

COSIGNATURE & PRINTED NAME OF RN IF NURSE IS LPN: DATE/TIME ____/____ AM/PM

**F. DO YOU WISH TO HAVE A JURY TRIAL? YES ✓ NO____**

**G. DECLARATION UNDER PENALTY OF PERJURY**

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: [signature] #306471

Signed at Somers, CT (Location) on 12/14/2017 (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

**H. FINAL INSTRUCTIONS**

WARNING: Your complaint will not be filed unless you complete each of these steps:

1. Answer all questions on the complaint form.

2. Sign the Declaration under Penalty of Perjury on p. 8

Remember, the Clerk cannot file your complaint unless you take all of the steps above.

MICHAEL DAVIS

OSBOR

335 ... BOX 100

SOMERS, CT 06071+0100

UNITED STATES DISTRICT COU

DISTRICT OF CONNECTICUT

CLERK OF THE COURT

TO: 915 LAFAYETTE BOULEVARD

BRIDGEPORT, CT 06604

(LEGAL MAIL)